AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alan Joseph | ) | Case No. |
| | ) | 21-MJ-4027 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  10/28/2020  in the county of  Worcester  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1960 | Operating an unlicensed money transmitting business |
| 18 U.S.C. 1956 | Money laundering |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Derek Gerega

☑ Continued on the attached sheet.

*Complainant's signature*

Derek Gerega, Special Agent
*Printed name and title*

Sworn to via telephone in accordance with Fed. R. Crim. P. 4.1.

Date: **Feb 3, 2021**

*Judge's signature*

City and state:   Worcester, Massachusetts   David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*