# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Alan Joseph | ) | 21-MJ-4027 |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR CONTINUANCE

Now comes Alan Joseph, "Alan", the defendant in this case, representing himself Pro'se, respectfully moves this Honorable Court for a continuance of the Probable Clause Hearing currently scheduled for Tuesday, February 23, 2020. The defendant petitions the Honorable Court to reschedule the Probable Clause hearing for a later date for the foregoing reasons:

1. Alan never received any notice or Target letter that he was the Target of a felony crime to give him sufficient time to prepare. He was completely unaware of this matter until he was arrested 18 days ago on February 4, 2021.

2. Additionally, as of today, Monday February 22, 2021, Alan has filed an appearance to represent himself as Pro'se. He has no access to case files or the prosecutors information on which to serve pleadings and he has had insufficient time to prepare for this matter .

3. Court Procedural rules are relaxed for Pro'se litigates and Pro'se pleadings are held to are to be held to less stringent standards than formal pleadings drafted by lawyers *Haines v. Kerner,* 92 S. Ct. 594; and *Ghadiali v. Delaware State Medical Society,* D.C.Del., 48 F. Supp. 789, 790.

For the foregoing items mentioned above Alan asks this court to request him the relief requesting.

Sworn to under the pains and penalties of perjury,

Dated:  February 22, 2021

Alan Joseph
Representing Himself Pro'S
57 Salem Street
Fitchburg, MA 01420
 978-353-9482
alanjosephlegal@gmail.com