UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN JOSEPH,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Counts One - Four: Money Laundering<br>(18 U.S.C. § 1956(a)(3)(A) and (a)(3)(B))<br><br>Count Five: Operation of Unlicensed Money Transmitting Business<br>(18 U.S.C. § 1960)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(1)) |

INDICTMENT

COUNTS ONE - FOUR
Money Laundering
(18 U.S.C. § 1956(a)(3)(A) and (a)(3)(B))

The Grand Jury charges:

On or about those dates set forth in the table below, in Fitchburg, in the District of Massachusetts, and elsewhere, the defendant,

ALAN JOSEPH,

conducted and attempted to conduct financial transactions involving property represented to be the proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, that is, trafficking in counterfeit goods and services, with the intent to promote the carrying on of the specified unlawful activity and with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of the specified unlawful activity:

1

| Count | Date | Value of Funds Involved in Financial Transaction |
|---|---|---|
| 1. | August 14, 2020 | $12,000 |
| 2. | October 28, 2020 | $25,000 |
| 3. | December 9, 2020 | $35,000 |
| 4. | February 4, 2021 | $35,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(3)(A) and (a)(3)(B).

<u>COUNT FIVE</u>
Operation of an Unlicensed Money Transmitting Business
(18 U.S.C. § 1960)

The Grand Jury further charges:

From in or about May 2019 through February 2021, in Fitchburg, in the District of Massachusetts, and elsewhere, the defendant,

ALAN JOSEPH,

knowingly conducted, controlled, managed, supervised, directed and owned all and part of an unlicensed money transmitting business.

All in violation of Title 18, United States Code, Section 1960.

## MONEY LAUNDERING FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(1))

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1956(a)(3)(A) and (B) and 1960, set forth in Counts One through Five, the defendant,

ALAN JOSEPH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offenses, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a. $22,489 in United States currency, seized from 57 Salem Street, Apt. 2, Fitchburg, Massachusetts, on or about February 4, 2021.

4. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

4

All pursuant to Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. MULCAHY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 4, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Jarrett Lovett @ 2:05 PM
_____
DEPUTY CLERK

5