UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN JOSEPH<br><br>Defendant | CRIMINAL No. 21-CR-40010 |

**RESPONSE TO DEMAND FOR BILL OF
PARTICULARS NATURE AND CAUSE OF ACCUSATION**

Now comes the United States of America, by and through Acting United States Attorney Nathaniel R. Mendell and Assistant U.S. Attorney John T. Mulcahy, and hereby responds to the defendant Alan Joseph's Demand for Bill of Particulars Nature and Cause of Accusation (Docket No. 32).

The government responds as follows:

(1) The Court has jurisdiction over this matter in accordance with 18 U.S.C. § 3231 (federal district courts have jurisdiction over "all offenses against the laws of the United States.").

(2) Venue is proper in this jurisdiction because the crimes are alleged to have occurred in Massachusetts. U.S. Const. art. III, § 2, cl. 3; amend. VI.

(3) The defendant has a right to the assistance of counsel. The Court will appoint counsel if the defendant is not financially able to pay for counsel himself. U.S. Const. amend. VI.

(4) The defendant has a right to trial by jury. U.S. Const. art. III, § 2, cl. 3.

(5) The elements of the crimes that the defendant is charged with can be found by referring to the statutory language for each of the charges. *See* 18 U.S.C. §§ 1956 and 1960.

(6) The instant action is a criminal action.

(7) The government's burden of proof for a conviction at trial is proof beyond a reasonable doubt.

        Respectfully submitted,

        NATHANIEL R. MENDELL
        Acting United States Attorney


By:   /s/ John T. Mulcahy
       John T. Mulcahy
       Assistant United States Attorney
       508/368-0106

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to:

Alan Joseph
57 Salem Street
Fitchburg, MA 01420

       /s/ John T. Mulcahy
       John T. Mulcahy
       Assistant United States Attorney


Date: March 26, 2021