ALAN JOSEPH                                                          3/31/21

57 Salem st.

Fitchburg MA 01420

alanjosephlegal@gmail.com


RE: US v. ALAN JOSEPH

Dear Clerk,


Hello, I'm requesting a certified copy of the docket of 21-MJ-4027 and 21-CR-40010.

Also, a certified copy of the pretrial agreement and anything that ALAN JOSEPH has filed in

those dockets including this letter.


Sincerely,

ALAN JOSEPH