UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

MAY 20 '22 PM 1:52 USDC MA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 21-CR-40010 |
| v. | **Demand for Disposal or Hearing on the Matter / Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man** |
| ALAN JOSEPH | |

**Demand for Disposal or Hearing on the Matter /**

**Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man**

1.    I, Alan Othniel of the House of Joseph, a man of God, General Executor for and on behalf of the ALAN OTHNIEL JOSEPH, Estate[1], by special appearance, now serve this *Demand for Disposal or Hearing on the Matter / Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man* also referred to as "Demand". This Demand is issued under the authority of **Nature's God**, the Great **I AM**, the **Creator of our Universe and the Creator of me and all other living men and women**,[2] and **His Laws** such as the Laws of Nature[3], His Ten Commandment Law, and summed up Laws of Love[4]. Additionally many sections from, what you call your supreme law, the Constitution[5] and from many of your Legal Codes, Laws, Rules, and Codes of Ethics that do not conflict with it[6], are in harmony with the statements that are written herein.

2.    As I am a man, I do not know everything and I am subjected to error, however a mistake found in this document is not to be construed to be a waiver of a right from me, and neither is it to be construed as being willful. The filing of this document in and of itself is not to be construed in any way to be a waiver of rights from me, nor consent from me to be the defendant, and neither is the information contained herein to be construed as to be all encompassing. I reserve all of my rights.[7]  I make statements in this document denying many legal presumptions,

speaking on my understanding. It is my understanding that the denial stands unless it is refuted with proof. As the burden of proof is on the plaintiff to prove otherwise as it is he who asserts and not he who denies that has to prove his assertions. I also affirm certain facts in this document.

3.    At the end of this document there is an *Endnotes* section, that you can print out to follow alongside the points presented herein. The subscript number that you will see in the body of this document, correspond with an endnote number. In regards to cross references, when you see the phrase "see endnote" or "endnotes" it is referencing endnote(s) in the *Endnotes* section; but when you see the phrase "see point" or "points", it is referencing point(s) in the body of this document, and is not referencing endnote(s) in the *Endnotes* section. In this Demand the masculine will include the feminine and vice versa.

## The Issues at Hand & The Purpose of this Document

4.    The purpose of this Demand is to invoke the Article III Judge Timothy S Hillman, not as a magistrate, or an Article I judge, but as an **Impartial Adjudicator,**[8] and to demand for him to dispose of this case, with prejudice. In the alternative, if the case is not disposed of, a hearing on the disposal of the case is demanded to be set before June 1, 2022. If this matter is about me, the man, then I have the right, to invoke an impartial adjudicator, a right that I have not waived. This document also serves as a Notice to the Impartial Adjudicator and to all, of the **fraud upon the court** and the **fraud of the conduct**[9] of many government officials in connection to this matter. It also notices the Impartial Adjudicator and all, of the conduct of government officials in connection to this matter, being those of violations of their Constitutional restraints, and are thereby crimes, torts, and involuntary slavery[10]. It is my understanding that all of your government officials swear an Oath to the Constitution and are subjected to it. And that subjection to that Constitutional rule or Law is Supreme when it does not clash with the Laws of God as it is made pursuant to it as stated in your Declaration of Independence[11] .

5.    It is my understanding that all men and women, including but not limited to, government officials like the Judges, magistrate judges, attorneys, clerks, and other men and women who work for this court, the United States District Court of Massachusetts, Worcester ("tribunal", "court"), and the Agents and officers who find cases for this court, fall under the jurisdiction of Nature's God (or "God") and His Laws. Thus, they are subjected to God and His Laws[12], such as the Laws of Nature, His Ten Commandment Law, and Laws of Love. God's laws are the true Supreme Laws of the land, as they are are the Supreme Law of our universe[13].

6.    The word "crimes" and the like terminology is used herein in reference to the conduct of

the government officials because government officials do not represent the government nor do they act as ministers of God[14] when they act outside of the authority that was entrusted to them by our Creator God and by your Constitution. I understand government officials to be ministers of God and ministers of the people[15] ultimately deriving their power from God,[16] under the condition of punishing the guilty and freeing the innocent;[17] not the other way around. Thus, their power is conditional and if a government official willfully punishes the innocent and/or frees the guilty, he is acting outside of God's protection, is liable for his actions, and have to answer to God for his deeds[18]. When a government official's conduct is in violation of your Constitution, he is then criminally and civilly liable for their actions as any other man/woman[19]. Additionally, any government officer that is made known of the unauthorized conduct of another government official, he is to **remedy the situation after being informed of it**[20], or he also becomes liable and a party to the conspiracy[21].

7.     The term "involuntary slavery" is used in reference to the conduct of the government officials because I do not consent and have not consented to the treatment that I have been receiving[22]. It is my understanding that violations of rights rob the court of **subject matter jurisdiction,** albeit, if this matter is about me the man, I don't see that the court has subject matter jurisdiction despite the violations of rights and this document outlines why.

8.     The purpose of this document is to also Notice the Impartial Adjudicator that the charges in this matter were accepted and returned for value in which your U.C.C. § 3-303 agrees with, and a valuable instrument, in which your Uniform Commercial Code § 3-104 agrees with, was included to discharge the debt on the account in harmony with the Law of Equity[23] . Thus, the Law of Equity demands the disposal of this matter. My completion of this process is not to be construed to be consent from me that I am the defendant, and neither is it to be construed to be my consent that I am surety for the defendant. In completing this process it is my understanding that I have done this as the Executor for the defendant Estate, and have discharged the charges that have been issued for it.

9.     It is my understanding that also according to the Laws of Equity I have been in honor and the alleged representation of the plaintiff, Assistant U.S. Attorney John T. Mulcahy ("Prosecutor"), without proven authority,[24] in dishonor. For example there are questions that were asked on behalf of the defendant that were not answered and statements that I have made in affidavits that have not been disproved or rebutted by the Prosecutor[25]. Additionally, it is my understanding that the Prosecutor is in dishonor because he was made a trustee of the ALAN OTHNIEL JOSEPH, Estate and have not performed his duty as trustee. Because, he has not

returned the valuable instruments that were sent to him to discharge the debt, his conduct of keeping of the instrument is acquiescence[26] to his appointment as trustee, to the instrument, and to the process that was done, that being the accepted and returned for value, and to its counteroffer terms. Therefore the alleged representation of the plaintiff is in default.

10.   I say the "alleged representation of the plaintiff" because, it is my understanding that The term United States of America "USA" is mentioned only once in Title 28 — at section 1746 — and there, it is clearly distinguished from the "United States" — the proper legal term that is used for the federal government throughout Title 28.  Attorneys for the U.S. Department of Justice have no powers of attorney to represent the United States of America "USA". Thus, the Prosecutor is acting without proven authority to represent the United States Under America and is engaging in what seems to be willful misrepresentation, that is fraud, and a violation of the McDade Act at 28 U.S.C. 530B, which requires DOJ attorneys to obey State Laws and rules. Accordingly, he seems to also be in violation of ABA rules, and Massachusetts Rules of Professional Conduct Rule 4.1, Rule 8.4, and Rule 1.2(d).[27]

11.   It's my understanding that the defendant is presumed to be your subject,  however, I deny being the defendant. I can not be the defendant who is one of your subjects because I am prohibited from being so by our creator God,[28] because he has told me that only He can have Supreme subjection over me. Thus this document also challenges your court's presumption of Jurisdiction over me, a man, as asserted by the Magistrate Judge ("Commissioner") David H. Hennessy in a past hearing.[29]  And because I am not one of your subjects this is not a "motion to dismiss" because it is against my religious belief, to be your subject. And no man can interfere, especially government officials, with my free exercise of my religion[30]. A "motion to dismiss" is also a submission to the court's jurisdiction. So although this document is not a "motion to dismiss", it serves as a similar function in that it **demands the disposal of the matter and outlines why such an action is warranted.**

12.   The Magistrate Judge of the court has asserted that it is me, a man, that is being charged with crimes, however that can't be so, because the tribunal does not have jurisdiction over me, a living flesh and blood man, as I see no injured party in this matter and no contract from me, a man, that would grant them such authority. Also, if the matter is against me, a man, then in addition to the physical and psychological harm that has been needlessly caused on me by the Agents, it is my understanding that your government officials are at fault for fraud, crimes, involuntary slavery, & violations of Constitutional Restraints (or "torts") against me, a man, due to your codes and to the lack of your codes, and due to your pleadings. These torts will be

outlined in this document under the point of view of the Magistrate Judge's assertion that it is me, a man, that this matter is about.

13.   In addition to the torts that have been committed against me, it is also my understanding that torts have been committed against my family as they have suffered by both my injustices and by injustices of their own in reference to this matter. And that they continue to suffer as they are being threatened of being stripped of their husband, father, son, and provider, by way of what I see to be fraud, crimes and violations. It is my understanding that torts have been committed against my wife and my offspring born and unborn as my wife is pregnant and against my mother as she recently died a few months ago. I see my mother's death being due to the stress of this situation and to my inability to care for her because of the demands placed on me by this situation. Also, my father is elderly and ill, and due to the prohibitions put on me by this matter, I have not been able to move to care for him or even visit him as he lives out of State.

14.   Prohibitions have been placed on  me by your Magistrate Judge's David H. Hennessy unlawful *Order Setting Conditions of Release* ("Order")[31], as I am being coerced to comply with it although I have withdrawn the signature to it for fraud[32] and for its needless restrictions of rights without an conviction[33], making it involuntary slavery.  The Order was made with no indictment. Later there was an indictment, but it looks like it was to cover up the fifth amendment violation of me being held without an indictment, and of me being stripped of rights without a conviction, thereby making the indictment to be fraud. And that the indictment was not with a lawful grand jury body as State Citizens are barred from serving on your juries.

15.   This document is not about ALAN JOSEPH, the defendant but is about me, Alan Othniel of the House of Joseph, a living flesh and blood, man of God because the court has alleged that it is me a man that they are charging with crimes and adjudicating a matter against. If it is me that the criminal court case is about then I see many torts and violations of my rights have occurred in the matter in which would warrant remedy, relief, and **arrests and indictments** against the government workers who did such violations. Therefor, there are problems with the government's allegation, and thus this document will identify many of those problems.

16.   In addition to the withdrawal and the utter and complete disposal of this matter, I am demanding the return of all of my property, including but not limited to any cryptocurrency taken, at the highest value that it reached during the time that it has been out of my possession. **Relief, remedy, and injunctions are warranted in this matter.** The disposal of the case is demanded or in the alternative, a hearing on the disposal of the case is demanded to be set before June 1, 2022.

In support of this Demand, I present the following affidavit:

## **AFFIDAVIT OF VIOLATIONS OF RIGHTS,**

## **LACK OF JURISDICTION, & FRAUD & INVOLUNTARY SLAVERY**

17.    I, Alan Othniel of the House of Joseph, see no proof or evidence to the contrary that I am Beneficiary and General executor of the ALAN OTHNIEL JOSEPH, Estate and all trusts connected to it, and have been granted Power of Attorney for the ALAN OTHNIEL JOSEPH, Estate, and I refute any contrary presumptions of otherwise as false. In support of this Demand, the facts are stated herein in an affidavit. I attest that I am above the age of majority and discretion, am of sound mind and competent to testify, and that I have first hand knowledge of the facts. I do state, to the best of my recollection and ability, under information and belief, the following:

### **I. Crimes and Violations of Constitutional Restraints**

I see no proof or evidence contrary to the following facts that:

18.    physical and psychological injuries in connection to this matter have been caused to me, I refute any contrary presumptions as false.

19.    the injuries caused to me in connection to this matter are and were without lawful justification, I refute the contrary presumption that they were lawfully justified as false.

20.    the injuries caused to me in connection to this matter are still occurring and have not been remedied, I refute any contrary presumptions as false.

21.    through actions of government officials connected to this case, the Constitutional restraints put on your government, that is what you call your Supreme Law of the Land, was violated by the ones who swore to uphold it, I refute any contrary presumptions as false.

22.    those who are in a position of trust, such as government officials, have a duty to prohibit one who is causing injury to another from continuing any further, and a duty to then require the trespasser to remedy the wrong,[34] and that includes but is not limited to, **when the one who is causing the injury is one of your own, a government representative**. I refute any contrary presumptions as false.

23.    those who are in a position of trust, such as government officials, have a duty to prohibit **those who represent the government** from causing unauthorized injury to others[35]. I refute any contrary presumptions as false.

Procedural History Relevant to this Section. I see no proof or evidence contrary to the following facts:

24. on or about July 14, 2021, an affidavit was filed into the court's docket called **"AFFIDAVIT OF FACTS by Alan Othniel of the House of Joseph, General Executor for the ALAN OTHNIEL JOSEPH, Estate"** ("July's Affidavit"). This affidavit restates certain points that are identified in my Declaration of Status and adds more statements in the form of denials on who I am and who I am not, and what I have been subjected to in connection to this matter among other things. The Assistant United State's Attorney ("Prosecutor") have never rebutted the points presented in the affidavit by providing proof thus far. It has been almost a year. I refute any contrary presumptions that he has rebutted the points with proof as false.

25. The part of July's affidavit, that had to do with the violation of my rights, was either concealed from the magistrate or the Magistrate misrepresented and stated he hadn't received it when he did. Either way there was fraud involved by judicial official(s) in the submission and/or receiving of this document constituting fraud upon the court (there is more on this later on in the document).

26. in July's Affidavit, statements in the form of denials were made that recounted events that happened in reference to this case. These were of violations of my rights, violations of your due process rules, and violations of your Constitutional restraints by government officials, among other things. I refute any contrary presumptions of otherwise as false.

27. government officials and the court were also noticed of some of the events written about in July's Affidavit, orally and in writing elsewhere, before July[36]. Upon these presentments, the government failed to provide proof to the contrary and remained silent, it's silence being evidence of fraud and acquiescence to these statements, and therefore these statements stands as a notice and as fact. I refute any contrary presumptions of otherwise as false.

28. the violations of rights mentioned in July's Affidavit and elsewhere have not been remedied. I refute any contrary presumptions that it has been as false.

29. government officials who were noticed of the violations of rights in connection to this matter have not remedied the wrong, but continued the matter as if there was no violations, and as such is made a party to the conspiracy. I refute any contrary presumptions of otherwise as false.

30. If this case is about me, ("the man"), as the Magistrate Judge asserted in a hearing, then it is my understanding that the warrant in connection to this matter was invalid[37] and that there was no probable cause[38]. Therefore, points 39-40, 43-44, 47, 49, and 54 written in July's Affidavit, indicate violations of rights that are also violations of your Fourth Amendment[39] of your organic Constitution. I refute any contrary presumptions as false.

31. Points 41, 43, 44, 47-49, 51-53, 57, and 59 written in July's Affidavit, indicate violations of

rights that are also violations of your Fifth Amendment[40] of your organic Constitution. I refute any contrary presumptions as false.

32.   Points 49-50, 57-59, and 61 written in July's Affidavit, indicate violations of rights that are also violations of your Sixth Amendment[41] of your organic Constitution. I refute any contrary presumptions as false.

33.   points 48 written in July's Affidavit, indicate violations of rights that are also violations of your Seventh Amendment[42] of your organic Constitution. I refute any contrary presumptions as false.

34.   points 42-46, and 49 written in July's Affidavit, are also violations of your Eighth Amendment[43] of your organic Constitution. I refute any contrary presumptions as false.

*Other violations of rights.* I do state, to the best of my recollection and ability, under information and belief, that:

35.   It is my understanding that the exercise of a right can not be made into a crime and as such, I have been exercising my right to acquire property as a man and have been acquiring bitcoin since about 2015. When I acquired my first bitcoin, one bitcoin was worth $221 per coin. After this case began, one Bitcoin had become worth over $35,000 per coin. To put that in perspective, ten coins in 2015, would be worth only $2,221, then those same ten coins, at the time that this case began, would now become worth over $350,000, which is 150x's the value from when I first began collecting bitcoin.

36.   My home was, from my perception, raided, and property, such as electronics and cryptocurrency coins was taken from my Estate; among those being 10 (ten) bitcoins valued at over $350,000. Collectively the value of bitcoin, the other cryptocurrency, and the electronics was over $400,000. It is my understanding that this property was taken by Special Federal Agents and was delivered to the Agent who initiated the case, Federal Agent, Derek Gerega. The evidence that he received these items was the fact that he signed the receipt for property seized.

37.   Cryptocurrency contained the bulk of the value that was taken, as bitcoin was worth over $35,000 per coin at that time and would make the total value for the 10 (ten) bitcoins that were taken to be over $350,000. It is my understanding that the charges for the case were brought secretly as the Agent's criminal complaint was sealed, but when there was eventually a public indictment, the total value of property taken, approximately $400,000 plus, was documented no where on the indictment. Neither do I see it documented anywhere on the Federal Bureau of Investigation's receipt for property seized that was given to me. I also never received a forfeiture notice for the cryptocurrency. It seems to me that the Agents are not only silent that the value of the 10 bitcoins that were taken was over $350,000 but is also silent that 10 bitcoins were even

taken at all. It is my understanding that this information is being concealed.

38.  I see no proof or evidence contrary to the following fact, that the warrants in this case that the officials use to authorized their actions were not signed by an impartial, detached, adjudicator, as described in Article III of your Constitution but was signed by a Court Official, a Commissioner, a creation of Congress; one whose interest is vested within the legislative branch and violates the separation of powers as described by your Constitution. I refute the contrary presumptions of otherwise as false.

39.  I see no proof or evidence contrary to the following fact that, to obtain the warrant, the Agent swore to the facts in his affidavit by telephone and as such, it is my understanding that it was impossible for his identity to be confirmed and that such an Oath is not valid[44]. I refute the contrary presumptions that the administration of an Oath by telephone is valid as false.

40.  I see no proof or evidence contrary to the following facts that: the ORDER SETTING CONDITIONS OF RELEASE ("ORDER") was not ordered by and was not signed by an impartial, detached, adjudicator, as described in Article III of your Constitution but was signed by a Court Official, a Commissioner, a creation of Congress; one whose interest is vested within the legislative branch and violates the separation of powers as described by your Constitution[45]. Thus it was not lawfully signed at all. I refute any contrary presumptions of otherwise as false.

41.  I see no proof or evidence contrary to the following fact that, despite the Commissioner not having the authority to set any orders as he is not a real Judge, and his order being non-binding because he has no Constitutional authority[46], I was forced to comply with his Order under threat, duress, and coercion. I refute any contrary presumptions of otherwise as false.

42.  I see no proof or evidence contrary to the following fact that, there was an error with the preliminary hearing or "Probable Cause Hearing". I refute any contrary presumptions as false.

43.  I see no proof or evidence contrary to the following fact that, at the trial or "Probable Cause Hearing" a violation of your 6th amendment occurred, as there was no witness to confront thus rendering the preliminary hearing as meaningless[47]. I refute any contrary presumptions as false.

44.  the Agent who allegedly had first hand knowledge of the situation was not at the preliminary hearing, to speak on the offense. Therefore there was no witness to confront.

45.  the only one who came to the preliminary hearing was a Federal government official that was not a first hand "witness" to the facts of the case and only knew of the case by "the testimony of another agent" and "knowledge from another law enforcement officer". And if the government's assertion is true that the matter is about me, the man, then this violated my right to confront those who were making claims and your courts have agreed with this, in holding that, *prima facie* can not be established on hearsay alone[48]. The Magistrate wouldn't allow this line of

questioning to continue and prevented the exploration of the sixth amendment violation from continuing further, and was silent about this sixth amendment violation, which is evidence of concealment of the violation of a right by a court official.

46. It is my understanding that to obtain the warrant, the Agent Derek Gerega submitted an affidavit that contained at least one false statement with Agent Grega thereby perjuring himself. I wrote in July's affidavit in point 54 "I firmly deny being the defendant however even if I was, it seems that the warrant that the government officials proceed to act on was supported by a fraudulent affidavit thereby making it void. Upon inspection of such warrants and when comparing it to the evidence in discovery, it is evident the warrants were executed on the authority of an affidavit by a Government Official that contained statements that were contradictory to the evidence provided, omitted and false statements that distorted facts as compared to the evidence provided. And I see no proof to the contrary that this deceitful information was put on the record under oath, and that that is evidence of fraud and fruit of the poisonous tree." (a document that details more of the fraud & misrepresentation from the Agent can be provided later if needed).

47. I see no proof or evidence contrary to the following fact that, there was a defect in the Assistant United State's Attorney instituting of the prosecution that was considered to be vindictive prosecution[49] I refute any contrary presumptions of otherwise as false. It is my belief that this happened as a result of me, through the advisement of the attorney who was assigned to my Estate, rejecting to speak to the prosecutor about a proffer on behalf of the Estate. It is my belief that this also happened as a result of me noticing the prosecutor and the court at the preliminary hearing that there was a fifth amendment violation because there was no indictment. I say this because once I did these things, the Prosecutor then indicted and doubled the counts on the Money Laundering charges.

48. the prosecutor doubled the counts on the charges, making the penalties for the crime to be harsher, although the facts of the case were still the same per my understanding. It is my belief that this was an attempt to injure me[50] as the court is asserting that it is me that they are charging with crimes and is thus facing the penalty for such crimes. It is also my understanding that your eighth amendment does not sanction such actions of the prosecutor as it prohibits "*cruel and unusual punishments*".

49. the prosecutor's actions above seemed to be retaliation against me for not cooperating with the government and for asserting a right.

50. I see no proof or evidence contrary to the following facts that: if this case is about me, the man, as the Magistrate Judge alleges, then when it comes to the jury selection, the government

has a sixth amendment violation problem with this case. The Magistrate Hennessy stated that this case was under common law, which means that the jury would have to decide a new interpretation of the law as "bitcoin" and "cryptocurrency" are no where to be found in laws enacted by congress as of the start of this case. The federal jury selection would be unconstitutional and evidence of fraud as Federal citizens are not constitutionally qualified to make laws. The Jury Selection and Service Act Intentionally discriminates against State Citizens, when only State Citizens are qualified to make the laws and were the ones contemplated when Article III was being drafted, see Pannill v. Roanoke, 252 F. 910, 914. "Inclusio unius est exclusio alterius" including one excludes another. I refute any contrary presumptions as false.

51.   I see no proof or evidence contrary to the following facts that: the statute at 28 U.S.C. 1865(b)(1) specifically excludes those classes of Citizens who are not a "citizen of the United States".[51] Discrimination in the selection of a grand or petit jury, as prohibited by the U.S. Constitution, means an intentional, systematic non-inclusion because of class.[52] There are two (2) classes of citizenship in American Law never repealed, United States citizens and State Citizens.[53] If you include only one then you exclude the other as it is a maxim of law: "Inclusio unius est exclusio alterius"including one excludes another. Thus the indictment was not by a lawful body, and it is my understanding the court cannot provide a jury or a grand jury of a lawful body, thereby depriving the trial court of jurisdiction over the subject matter in the first instance. I refute any contrary presumptions as false.

52.   I see no proof or evidence contrary to the following fact that, as I have attempted to notice the government on many of these things and on other violations, there seem to have been multiple instances of willful blindness by the government officials connected to this matter. I refute any contrary presumptions as false.

## II. Subject Matter Jurisdiction, Fraud, & Involuntary Slavery

53.   I see no proof or evidence to the contrary that: the Magistrate Judge of the court has asserted that it is me, a man, that is being charged with crimes, however that *can't* be so, because the court would not have **subject matter jurisdiction,** due to there being no law passed by Congress that determine bitcoin to be "funds" or "money"[54], and neither there being any law determining that one has to have a license in any dealings with it. And due to the money laundering code, the way it is alleged to have been violated, being, at best, fraud by purporting itself as a *mens rea* offense when it's really a strict liability crime and at worst it being fraud because it purports to know what a man is thinking and then punish a man for those thoughts. I refute any contrary presumptions as false.

*Money Laundering* – The second charge in this case is Money Laundering in violation of Title

18, United States Code, Section 1956(a)(3), and If it is me, Alan Othniel of the House of Joseph, the man, that this charge is about then this case must be disposed of as I see no proof or evidence to the contrary that:

54.   I have a right to not be defrauded and even your legal codes recognizes fraud to be a crime in 18 USC 1001 and 18 USC 1038. Additionally your misprision code requires a person, and that includes government officials, to inform the government of a felony crime, if one has been committed and they know about it. That's in addition to government officials having to remedy the wrong after learning about it or else becoming a party to the conspiracy. Thus going off of your presumption that, this case is about me, the man, then I have been defrauded and therefore crimes were committed against me and must be reported, prosecuted, and the situation remedied. I refute any contrary presumptions as false.

55.   I also have a right to not be defrauded and then my property taken, with me being subjected to involuntary slavery because of it. Such a behavior is piracy and kidnapping and if it done pursuant to some ACT, Code, Law or etc. that allows it, then it is nothing short of legalized piracy and kidnapping. I refute any contrary presumptions as false.

56.   **the Agent picked a code that he wanted his target to violate, then came into the target's jurisdictional area, the private jurisdiction of his car, next committed a crime and a tort against the target, in order to get the target to violate the code.** There was no evidence that the target was already a criminal violating such a code and if this case is about me, the man, there wouldn't have been as I would have been a man exercising my rights. The money laundering code allows for the use of misrepresentation and fraud and sanctions the agent's actions of violating rights and committing a crime in order to steal the property of, and then to imprison, the offender, who is actually the victim. I refute any contrary presumptions as false.

57.   According to the evidence the government submitted, the Agent violated the target's terms of service agreement as he stated it was a personal transaction and that there was no third parties involved in the transaction. But clearly that was not true as he was acting on behalf of the government (a third party) and the acquisition was not of a personal (private)[55] nature. This was contract fraud and made the transaction invalid, qualifying the target for a civil suit against the Agent, with the target's bitcoin and other property at least being returned possibly with damages.

58.   as a man of God, it is impossible for me to be the defendant in this matter as the subject matter is a wholly colorable one, that can only exist in the land of fiction, as it defies the laws of nature, the laws of reasoning, and the laws of your Constitution in the real world, and as such, the court would not have what they call subject matter jurisdiction over me, the man, and I refute

any contrary presumptions as false. If I am the defendant as the government alleges, the matter must be disposed of, for the government's failure to state a crime/offense, and failure to state a man or woman of whom relief can be granted to. **The money laundering code, as it was allegedly violated, is a victimless offense, with the exception of the target being the victim.** I refute any contrary presumptions as false.

59.   the money laundering code as the government is saying was allegedly violated is fraudulent as it is a strict liability code that portrays itself to be a *mens rea*. The code says for the most part "[w]hoever, with the intent" to do a criminal action is in violation of that code and is thus subjected to penalties; but it is commonly known by all sane people that no man can know another man's thoughts or the intent of his heart, so how can a man be punished for solely his intent. Intent in law is *mens rea* and it is my understanding that, *mens rea*, or intent, or guilty mind, only comes into play when a violation has already been committed in order to determine the probability of the violation not being accidental. When a man's actions trespass on the rights of another man, men may attempt to guess at his thoughts as a way to disprove that his trespass were sheer negligence, but that's all. Nonetheless, even in those instances, in order to determine the state of a man's mind, or his thoughts, the best that a man can do is to guess at his thoughts by evaluating his behavior; but to do so, you need more than three or four actions for that. I refute any contrary presumptions as false.

60.   thus the money laundering code is not about intent because apparently all you need to know, in order to establish the contents of the man's heart in said instance, is the mere, roughly four steps in the money laundering code. All a person has to do is break the few steps of the money laundering code, and then that person is said to have been acting with intent, with his intent being irrelevant. He doesn't have to be aware that he was laundering. His mental state seems to be unnecessary for conviction or for the jury deliberations and all that has to be determined is if he broke the steps in the code. Then he is said to have been acting with intent. The code is a strict liability code purporting itself to be a *mens rea* violation which is fraud. I refute any contrary presumptions as false.

61.   "*Title 18, United States Code, Section 1956(a)(3)*" seems to be written in a way that, without a real victim, an offender can be punished for thoughts, without even deliberation over what the actual thoughts of the offender were. Thus there is little to no burden of proof that the man's thoughts were what they were. The idea of punishing a man for his thoughts is already intolerable, but to make matters worse, the totalitarian of the man's actions don't have to be used to determine if his thoughts were incorrect and violated the code. A few actions of the man alone

are enough to prove that he violated the code without even inquiring into his thoughts. I refute any contrary presumptions as false.

62.  the money laundering code that the Agent alleges was violated, as he alleges was violated, is completely fiction. It is a colorable offense in that it needs to have no actual harm or injury done to any man or woman, or company, government, or other legal fictions, albeit legal fictions can't truly be injured. Hence there was no real crime as there was no real victim—with the exception of the offender being the victim. There was no actual money laundering so the only violation or injury that exist—with the exception of the injury done to the alleged offender—, is the violation or injury of the code itself; and codes can't be injured. I refute any contrary presumptions as false.

63.  if the money laundering code is a *mens rea* violation, which it doesn't actually seem to be, then that means the code as it is written has the government first predetermining what the man was thinking, deeming those thoughts to be a crime, then the government deliberates on weather or not the actions followed. This is a tort, a gross abuse of powers entrusted to the government by the people, tyranny, and slavery. Not only is it impossible for any man to know the intent or thoughts of another man, but it is totalitarian to punish a man for such thoughts. Such actions of the government I see to be violations of the government's Constitutional Restraints (first, ninth, tenth, thirteenth, amendments, and perhaps more). I refute any contrary presumptions as false.

64.  I have a right to my thoughts. No man who is equal to me can tell me what I can and can not think in the private area of my mind, and to insist such a thing, is saying that I am subjected to him, that I am his slave. Albeit the code misrepresents being about punishment for intent when it is really a strict liability crime with hefty penalties. I refute any contrary presumptions as false.

65.  your laws and your courts have recognized that the private place known as a man's home, is his castle and that no government authorities can enter such a sacred area without a warrant[56]. How much more of a sacred, private, castle is his thoughts? After all it is impossible for anyone to even know them aside from God and that man, without them being revealed to them by that man himself. Thus the very notion of a simulation, a wholly fake situation, being devised with the sole objective to determine if a man will performed certain actions deemed to be evidence of wrong thinking, in order to subject him to up to 20 years of prison/slavery per count is not only absurd but is also alarming and uncivilized. If put in its proper light to the people of America, I believe it would be **shocking to the conscience** of any man, woman, boy or girl.[57] I refute any contrary presumptions as false.

66.  Your "*Title 18, United States Code, Section 1956(a)(3)*" as the Agent alleges, seems to be

violated by an offender because he thought the wrong thing, as no real victim is needed nor is there real plotting or planning needed to do harm to any real victim[58]. The *actus reus* in that portion of the code is written in a way in that they indicate what the offender thoughts already were, his thoughts being pre-determined, and not truly deliberated. If a man violated the steps in the code, he is determined to have been thinking the wrong thing and then can be subjected to 20 years or more in prison with no other evidence necessary to determine what the offender's thoughts actually were. I refute any contrary presumptions as false.

67.   I have a right to not be subjected to involuntary slavery, and if your Agent, the court, and those involved are alleging, without my consent, that I, without trespassing on anyone else rights, don't have a right to think my own thoughts, that is involuntary slavery.

68.   Again the code purports to be about a man's thoughts but it is evident that it isn't, but is instead a strict liability crime fraudulently hiding under the cloak of intent. That is evident by the fact that the violator's intent is irrelevant for deliberation and all that matters is if the steps of the code were broken. I refute any contrary presumptions as false.

69.   I have a right to not be defrauded and if it is me, the man, that this case is about, and your agent, using the court, can come into the private jurisdiction of my car, commit a tort and crime against me, to trick me to violate your fraudulent code, determine how many years I will serve by how many times the Agent interacts with me, and then take my property and imprison me as a result, then that is fraud, involuntary slavery, robbery, and a lack of equal protection under the law; while depriving me of my right to life, liberty, and property. I refute any contrary presumptions as false.

*Operating an unlicensed Money Services Business* – The first charge in this case is Operating an Unlicensed Money Services Business in violation of Title 18 USC 1960, and If it is me, Alan Othniel of the House of Joseph, the man, that this charge is about then this case must be disposed of as I see no proof or evidence to the contrary that:

70.   as of the start of this case, there is no law that says that a person must have a license to acquire or to dispose of the property of bitcoin; there is no law that says that a person must have a license to acquire the property of cash for consideration of the property of bitcoin. This is besides me denying being a person in any statue, code, law, etc. I refute any contrary presumptions as false.

71.   the action of registering "with the Secretary of the Treasury" as the Agent wrote in his affidavit is misleading and evidence of fraud as, it is my understanding that when the government requires a man to register to do that which he already has a right to do, the

government is attempting to turn his right into a privilege. It is also my understanding that rights cannot be licensed. The living man has an unalienable right to acquire property and to contract, without government interference, as long as he isn't violating another man's rights. I refute any contrary presumptions as false.

72.   I don't have to have permission or a license **from the government** to acquire property in order to sustain my life and to fulfill my biblical commands[59]. I don't have to have a license to be given to me **by other men** to permit me to acquire and dispose of property; and to license a right and/or charge a fee for it is fraud[60]. My right to labor to acquire property for my sustenance, and my right to claim ownership to property that I have labored for, comes from God, and not man, and as such can't be licensed nor taken away. Licensing and charging a fee for the right to acquire and/or to dispose of property is no different than licensing the right to breathe and then charging a fee as both property and breathing are needed in order to sustain life. No law can violate a right, a right that man did not give to me in the first place. I refute any contrary presumptions as false.

73.   No man can tell me that I have to have a license to acquire my property and then use my lack of a license as his license to take both my property and my liberty[61]. Neither your Constitution; my Creator God, that is Nature's God; nor his Laws give any man the right to arbitrarily restrict the rights of another man as He created all men with equal rights[62]. I refute any contrary presumptions as false.

74.   Federal Reserve Notes are property as it is not lawful money. Your Constitution have deemed lawful money to be gold and silver coins and your people have unlawfully legislated lawful money out of circulation as it was without authorization from your Constitution[63]. Federal Reserve Notes, are nothing more than "debt notes", "IOUs", that have been coerced upon the people to be of vital importance. Under fraud,[64] Federal Reserve Notes have been made to be essential to the sustenance of life and an integral part of acquiring the perishables of life; thus, it would be fraud to cover up fraud to say that one needs a license to give or to receive this property that has no lawful standing as money in the first place. I refute any contrary presumptions as false.

75.   Bitcoin has even less intrinsic value than Federal Reserve Notes as it isn't even a tangible thing that you can touch or hold, and, as of the start of this case, neither had your Congress enacted any legislation that has anything to do with it. I refute any contrary presumptions as false.

76.   The Agent wrote in his affidavit that "there is further probable cause to believe that...

JOSEPH operated an unlicensed money transmission business... because he had not registered his business with FinCEN in accordance with Title 18, United States Code, Section 5330", however, there is no Title 18, United States Code, Section 5330; it does not exist. This makes that statement that the Agent wrote to be false and probable cause of perjury. I refute any contrary presumptions as false.

77.   I see no proof or evidence that at the time this case began there is any law that has been enacted by your Congress that says that those who receive or give for consideration bitcoin or cryptocurrency must register with FinCEN[65]. And that is despite Congress introducing at least 30 bills, per my understanding, that had to do with Bitcoin and other cryptocurrency but passing none of them, that I know of, as of the beginning of this case[66]. Thus the matter being brought by the Article I courtroom, a mere extension of the legislature,[67] violates your ex post facto law prohibition in your Constitution since your Congress will be adjudicating a matter about a law that doesn't exist in order to give it legal standing, and in effect passing the law after this case has began.[68] This is said to have been done under your common law. I refute any contrary presumptions as false.

78.   Since as of the start of this case, there is no law that has been enacted by your Congress that says that those who receive or give for consideration bitcoin or cryptocurrency must register with FinCEN, and if this matter is about me, a man, as the Magistrate Judge alleges, **I have a right to not be made an example of (for what would be exercising my rights), as you would a horse, in order to show the rest of your populous, as horses, how to behave**[69]. I have the right not to be the object of a man or a group of men's ambitions to make a name of themselves at the expense of my property and my liberty. I refute any contrary presumptions as false.

79.   And if one argues that it isn't Congress but the judiciary that will be passing the law, the judiciary does not have the authority granted to it by the Constitution to pass law. Thus the judiciary would be attempting to pass a law through the jury, that Congress have not passed and would be in violation of the separation of powers[70]. I refute any contrary presumptions as false.

80.   Bitcoin is nothing more than a digital number in a message that part of your government is passing off to the public as money, circumventing legislation, while other parts of your government claim it's a commodity. I refute any contrary presumptions as false.

81.   Legally defining Bitcoin as money or a medium of exchange is fraud[71]. The word "coin" in Bit**coin** and "currency" in crypto**currency**, is fraud, as it insinuates that bitcoin is some type of lawful money when a Bitcoin and any other type of cryptocurrency is just a digital number in an email message. The "wallet" is just an email client like Gmail. Bitcoin messages are sent,

received, and a log of them are stored by a network of users instead of being stored by a centralized server like Google or Microsoft. And the "unique key pair" is nothing more than the email message that contains the digital number. The system of Bitcoin is nothing more than a glorified digital emailing system where people are sending number messages back and forth to each other, with these numbers being totals that are debited and credited[72]. I refute any contrary presumptions as false.

82.   What bitcoin lawfully is, is being concealed from the people. **It is being determined to be currency, funds, or money without Constitutional authority, without the consent of the governed through the proper channels such as their vote through Congress, without a full disclosure of what it is nor where it came from, and without any disclosure of any crimes concerning it nor any criminal penalties regarding any dealings with it,** thus making it fraud.[73] I refute any contrary presumptions as false.

83.   Bitcoin is no more a medium of exchange in laws enacted by congress as of the start of this case, than cans of beans that one may have, and no license is required to give cans of beans for Federal Reserve notes nor for any other property. Any government officer, judicial or otherwise that moves forward under the notion that bitcoin is money, funds, a medium of exchange, etc. is violating your Constitution and the rights of your people by circumventing their right to consent to that notion by at least their vote through Congress, and is thereby **engaging in fraud**. It would then be fraud to cover up fraud to say that one needs a license to receive or give for consideration this property as Bitcoin has no lawful standing as money in the first place. I refute any contrary presumptions as false.

84.   I have a right to deny to contract with the government for something that I already have a right to do and especially when there is no mandate to do so, albeit I deny that such mandates would apply to me, the man, anyway. Thus the government alleging that it is me a man that have to be licensed to contract, to acquire and/or to dispose of property, is fraud, a violation of my rights and, is its attempt to coerce me to contract with it. It is also an attempt by the government to create a joinder between me and the Legal Fiction defendant. I refute any contrary presumptions as false.

*My Right to Property* – If it is me, Alan Othniel of the House of Joseph, the man, that this case is about then this case must be disposed of as I see no proof or evidence to the contrary that:

85.   I have a right to life, liberty, and property, with property rights being interconnected with the other two rights as I was created by God to need property[74] such as food, shelter and clothing, for without it, I would not be able to sustain my life. As my Creator, Nature's God, has declared

my body to be his temple[75]. I am commanded to sustain my temple/life[76]. No man, including any government officials, has any authority or right to interfere with any command that God has given me[77]. God has given no man the authority to arbitrarily rob me of my property, property that I use in order to directly or indirectly sustain my temple so that I may worship and serve Him. **A man may dispute over whether he has authority over another man but he certainly has no authority over God and has no right to rob God of His right to my service to Him**[78]. I refute any contrary presumptions as false.

86.   in addition to the command to sustain my life, my Creator God, Nature's God has commanded me to sustain my family's life in the form of provision,[79] and to till the ground to acquire property[80] that would sustain me and my family's lives. He has also commanded me to not be dependent on your government as He says in His great book "come out of her [the government] my people",[81] for He has warned that men through your government will restrict and have already restricted men's rights to their basic needs of survival in order to force them to comply with the mandates of man; mandates that place man in direct opposition against God[82]. I refute any contrary presumptions as false.

87.   I have a right to acquire property, to acquire property in consideration for other property, and to dispose of property,[83] as the sustenance of my life and my ability to obey the commands of my God are dependent upon me doing these things. In order to sustain my life and my family's life, I have these rights as well as the right to contract with others for the things I need. The nature of property that I acquire whether it be food, shelter, or clothing, or any other type of property that enables me to obtain these things, such as Federal Reserve Notes, does not prohibit me from having a right to that property. I have a right to acquire property, such as gold, silver, federal reserve notes, or digital numbers that call themselves "bitcoin" (bitcoin will also be referred to as "digital number" herein hereafter). Your government have signed treaty(ies) that have recognized the right to dispose of property[84]. I refute any contrary presumptions as false.

88.   I would not have to use federal reserve notes or any other property to directly or indirectly obtain the property that have real use for sustaining life, if your government did not unlawfully legislate the gold standard for bartering out of existence, coercing the use of these items.[85] I refute any contrary presumptions as false.

89.   bitcoin is property and the digital nature of it, the methods of acquiring of it or giving it for consideration electronically, or the disposing of it for other goods and services, doesn't make it less property. Ascribing Financial terminology to activities concerning Bitcoin, does not make it less property and neither does it make it banking or money. Just like the digital nature of a

painting doesn't make it less property, neither does the methods of acquiring or giving of that digital painting, that is disposing of it for other goods and services, make it less property. I refute any contrary presumptions as false.

90.   your Congress have not deemed bitcoin to be anything other than property and can't have as that would be expost facto law for this case. And your judiciary doesn't have the authority granted to it by your Constitution to make law determining that bitcoin is anything other than property, thus such rights to bitcoin are reserved to the people[86]. Therefore, I have a right to any bitcoin property that I may have acquired over the years. I refute any contrary presumptions as false.

91.   the property that I have acquired without infringing on the rights of others, whether it be a digital number that calls itself "bitcoin" or "cryptocurrency", or federal reserve notes in consideration for bitcoin, were blessings that were given to me by God[87]. No man gave me the increase in bitcoin I acquired and no man gave me the increase in Federal reserve notes that I have acquired, but God himself hath blessed me with these things. No man has any authority to take away from me what God has given to me, without just compensation, absent my consent, or without a willful concrete injury, that actually exists to another man, that is the trespass of a right after it has been proven with due process. And if he does this arbitrarily, he would be stealing, even if he does it under the authority of some inferior enacted man-made code or law that he uses to justify his actions or absent such a law. I refute any contrary presumptions as false.

92.   your government functions off of the consent of the governed and I have not consented to you governing what I do with my property. I have opted out of your social compact. I refute any contrary presumptions as false.

93.   I have a right to not be defrauded nor to be subjected to involuntary slavery, and if your Agent, the court, and those involved are alleging, without my consent, **that it is me, a man, that have to be licensed in order to exercise a right, that is fraud, involuntary slavery and a violation of your Constitutional Restraints**. I refute any contrary presumptions as false.

### III. The Fraud Upon the Court and Thus Lack of Jurisdiction

If it is me, Alan Othniel of the House of Joseph, the man, that this case is about then this case must be disposed of as I see no proof or evidence to the contrary that:

94.   There has been fraud upon this court *ab Initio*.

95.   the Agent's affidavit and the evidence in discovery reveal that the Agent, in order to obtain his criminal complaint and warrants, and in order to bring the fraudulent matter to the lower

court, committed fraud upon his procurement of jurisdiction. His action corrupts the judiciary machinery itself and has it operating in fraud *ab Initio*. I refute any contrary presumptions as false.

96.   there is no indication of interstate commerce reported for the first, May 31, 2019 encounter with the target from neither the Federal Agents nor their confidential source thus the Federal Government was operating outside of their jurisdiction. The Federal Government did not have territorial jurisdiction either, as according to their Article I, section 8, clause 17 of their organic Constitution for the united States of America, as "Fitchburg" is not the 10 mile square of Washington D.C nor any land ceded to it, and I refute any contrary presumptions of otherwise as false.

97.   in reference to the matter, the Agent's affidavit and the evidence in discovery reveal that the Agent acted in a way to force the matter into the lower court's jurisdiction thereby causing **"fraud upon the court"**, I refute any contrary presumptions as false.

98.   the Agent's affidavit and the evidence in discovery reveal that the Agent chose a "wallet" hosted on a out of State server in order to conduct his "transaction". No where in his affidavit nor in the evidence in discovery is there an indication that it was this JOSEPH person that chose this wallet. The Agent selected this "wallet" instead of a "wallet" hosted, in the state, that is, a "wallet" on his person or on his electronics[88]. There is no mentioning of a wallet hosted on an out of State server for the confidential source for the May 31st "transaction" thus there was no need for the agent to choose such a wallet except to establish jurisdiction. I refute any contrary presumptions as false.

99.   the Agent who wrote the Affidavit for the criminal complaint, selected a wallet hosted on a out of State server, instead of a wallet hosted otherwise, for the **purpose** of establishing jurisdiction. This action of the Agent is **"fraud upon the court"** and your Judges have made statements in cases that agree with his actions being as such[89]. I refute any contrary presumptions as false.

100. The government's criminal complaint sheet for this matter alleges that there are multiple injured parties or victims but the accompanying affidavit neither identifies any injured person and neither does it state how they were harmed. This alone makes the document fraudulent and a violation of your sixth amendment. After this was brought up at the preliminary hearing, the **prosecutor changed multiple injured parties to one when he indicted, which is concealment and further fraud**. Because the prosecutor is an officer of the court, it would be considered to be fraud upon the court. And albeit it was changed to one, no injured party or victim has of yet been identified. It is my understanding that the prosecutor can't deal in fraud. I refute any

contrary presumptions as false.

101. the court has stated but has not proven, that, it is me, a living flesh and blood man, that it is charging with crimes. I refute any contrary presumptions as false.

102. It is not possible for the court to be charging me, a living flesh and blood man, with crimes because as a man of God, I am under the Jurisdiction of the one who created me, that is under God's jurisdiction. I deny being under any of man's jurisdiction for I am not a subject to any man but am a subject of God's. I refute any contrary presumptions as false.

103. in July's Affidavit, on the last few pages, I noticed the Prosecutor and the court of the violations of my rights in connection to this matter, and of the violations of their due process rules by them and by other government representatives involved with the matter[90]. The Magistrate stated that he only got the first few pages, with those last pages that have to do with the violations of my rights not being uploaded. So either those last few pages of July's Affidavit was concealed from the Magistrate by the clerk or the Magistrate was engaged in misrepresentation. Either way it is evidence of more fraud and fraud upon the court. Also, the Prosecutor has never responded to the points stated on the violations of rights in July's Affidavit thus far. It has been almost a year. I refute any contrary presumptions as false.

104. Additionally, the court is concealing documents, that I have filed, that they have received in hand and affirmed was filed,[91] one of which I deny that I am anything other than man, making me not the person that is being charged, and is therefore, a challenge to the court's assertion of jurisdiction over me, a man, as spoken by Magistrate David H. Hennessy at a hearing. I refute any contrary presumptions as false.

105. According to your 18 U.S. Code § 2071 (Concealment, removal, or mutilation generally)[92] concealment of filed documents is considered to be a crime. I refute any contrary presumptions as false.

106. the court is attempting to force its jurisdiction over me, a living flesh and blood man, and is concealing evidence, one being an affidavit that establishes my identity, and thus, in its essence, establishes that it does not have jurisdiction over me, a living flesh and blood man. I refute any contrary presumptions as false.

107. The court's attempt to force its fraudulent jurisdiction over me, a man, and attempt to conceal the documents that I have filed that establishes that it does not have jurisdiction, is fraud, and is **"fraud upon the court"** and is also a crime[93]. I refute any contrary presumptions as false.

108. the court's Judicial officers involved with the administration proceedings in connection to the matter have committed fraud upon the court on more than one occasion. I refute any contrary presumptions as false.

109. I noticed Judge Timothy S Hillman ("Judge Hillman") on the record of the Magistrate's actions of concealment of my documents. I am looking for him to remedy the situation. In my recollection, he told me that I must submit a motion properly, however, my document was not a motion but was a notice with an accompanying affidavit and other documents. And if I do put in a motion under threat, duress, and coercion, I am forced to submit to the court's jurisdiction without my consent. I refute any contrary presumptions as false.

110. Also in my recollection, Judge Hillman told me that this is what happens when I choose to proceed without an attorney. However the court does not tell me how I can afford anything other than a court appointed attorney since they sanctioned the stealing, as I see it, of my property and prohibited from me liquidating certain assets. Additionally, the initial attorney that they appointed for my Estate, ineffectively advised me to sign the Order that violated rights and also refused to consider the option of submitting a document that would dispose of the matter early on. The attorneys behavior was typical as most lawyers would just submit to the jurisdiction of the court as they are bound to its rules over the welfare of their client. A court appointed attorney would not be effective assistance of counsel.[94] I refute any contrary presumptions as false.

111. On the morning of arraignment, March 18, 2021, before the proceedings in which I did not enter a plea for my Estate, but did file a Demand for Bill of Particulars (or "Bill") on behalf of my Estate, most of the questions for the Bill were never answered which is concealment and evidence of more fraud and fraud upon the court[95]. The Bill not being answered was also a due process issue and the Magistrate proceeded with the arraignment although the Bill challenged jurisdiction and rejects any plea entered without it being answered. I refute any contrary presumptions as false.

*Procedural History Relevant to this Section.* I do state that:

112. on the 18TH day of June, two thousand twenty-one *anno domini*, I placed in an envelope my Notice, notifying the court of my nature being of a foreign jurisdiction, of an "Adverse Claim", of "Trespass and Criminal Actions", and for those involved in this matter to "Cease and Desist", among other things, with a copy of my Power of Attorney and my Declaration of Status with fee schedule that was filed in the land records attached to it (55 pages altogether, called "Notice" collectively). I sealed the envelope and mailed the documents by placing them into the custody of the Postmaster of the United States Post Office by registered mail, tracking number RB 579 265 884 US, to the following recipient: The United States District Court of Massachusetts, Office of the Clerk, 595 Main Street Worcester, Massachusetts 01608.

113. the Notice was delivered to the front desk of the clerk of court, six days later on the 24TH day of June, two thousand twenty-one *anno domini*. The clerk of court, refused to file the Notice

in the docket and didn't respond to my inquiry about the Notice until five days later on June 29, 2021 in which she wrote in an email that the filing was rejected for "personal identifying information".

114. after receiving the email from the clerk as to why my documents weren't filed, on the 2nd day of July, two thousand twenty-one *anno domini*, I attempted to filed a **DEMAND TO FILE UNDER SEAL DOCUMENTS AND FOR IN CAMERA HEARING OF DOCUMENTS** ("Seal Demand") with the Notice attached to it. I went to the court, stamped the Seal Demand with the attached Notice (61 pages altogether), and placed the documents into the hands of a woman who came to empty the court's dropbox that contained its filings.

115. four days later, after I filed the Seal Demand with the attached Notice, on the 6th day of July, two thousand twenty-one anno domini, I sent the clerk an email asking about the document and received no response.

116. on, Wednesday the 7th day of July, two thousand twenty-one *anno domini*, which was about 19 days after I first sent the documents, I checked the docket and it appeared that the clerk did not file the Seal Demand with the attached Notice into the docket. As a result of not seeing these documents in the docket and as a result of the clerk's silence, I attempted to file another Seal Demand called **DEMAND TO FILE UNDER SEAL DOCUMENTS AND FOR IN CAMERA HEARING OF DOCUMENTS (2)** but this time without the Notice attached.

117. on the 7th day of July, two thousand twenty-one *anno domini*, I stamped and placed the **DEMAND TO FILE UNDER SEAL DOCUMENTS AND FOR IN CAMERA HEARING OF DOCUMENTS (2)**, into the court's drop box for filings.

118. on the 8th day of July, two thousand twenty-one anno domini, I sent the clerk an email asking about the documents and the clerk responded back on the same day writing: "You requested that the documents be filed as sealed so they are not visible on the docket even to the parties."[96]

119. I see no proof or evidence contrary to the fact that an *in camera* hearing was demanded on the documents however, instead of the documents being discussed in private, they were discussed at a show cause hearing, in open court. There has not been, as of yet, an *in camera* hearing on the documents as demanded. I refute any contrary presumptions of otherwise as false.

120. on or about July 14th, at a show cause hearing about the allegation that the Magistrate Judge David H. Hennessy's Order Setting Conditions of Release ("Order") was violated, the Commissioner told me that he did not understand my documents. I replied to the Commissioner on the record that it was not me that he was charging (that is with crimes) but an Estate. Instead of transferring the case back to the Article III Judge Hillman to deal with the jurisdictional

issue[97], he then disagreed with my statement and simply intimated that they have jurisdiction by saying that it is me that is being charged. I offered to submit a memorandum of law to explain my statement but as what I understand to be evidence of willful blindness, the Magistrate Judge refused the offer.

121. at the Show Cause hearing, the Commissioner told me that the docket is not my archive. The magistrate told me that I am to comply with his Order or else he would put me in jail. Thus under what I understand to be more of the same threat, duress, and coercion that has existed since the start of the proceedings in this matter, I was forced to comply and to continue to attend the hearings, as the matter continued to proceed absent my consent[98].

122. on Tuesday, the 21st day of September, two thousand twenty-one *anno domini*, A Final Status Hearing ("Status hearing") was held. The Commissioner and the Assistant United States Attorney ("Prosecutor") seemingly referred to me as, "Mr. JOSEPH", and the "defendant",[99] of which I did not affirm, but instead, corrected that I am Alan.

123. at the Status hearing, I told the Commissioner and the Prosecutor that they may exercise their right to call me whatever they want but my identity has been established in the document that was filed in the sealed record ("my statement"). The document filed in the record, specifically my Declaration of Status makes it clear that I deny and refute what I see as the false presumption that I am the defendant ALAN JOSEPH. (Note: I also wrote in July's Affidavit, that *"I firmly deny being the **Defendant** ALAN JOSEPH."*)[100].

124. It is my understanding that the prosecutor cannot add to the record. And that because the prosecutor is not a witness, he cannot refute any statements put on the record as evidence by a first hand witness. So when he attempted to identify the defendant on the record by saying that I, the man, am Mr. Joseph the defendant, when I have denied on the record being the defendant, his statements were invalid.[101]

125. at the Status hearing, the Prosecutor and the Commissioner, in the moment, did not disagree with my statement about the documents being filed in the sealed record, and as such it is my understanding that the silence is acquiescence and tacit agreement on the record[102].

126. later that day, after the Status hearing I received a notice that both of my DEMAND TO FILE UNDER SEAL DOCUMENTS AND FOR IN CAMERA HEARING OF DOCUMENTS the first one, and the 2nd one were rejected by the Magistrate Judge. This was after there was no disagreement by him when I stated on the record that the document had already been filed. Thus, I see no proof or evidence to the contrary that the Magistrate's supposed rejection of the documents were in reality him removing documents from the court's docket that had been already filed. Concealment of already filed documents are a crime.[103] I refute any contrary

presumptions as false.

127. I see no proof or evidence contrary to the fact that, the Magistrate Judge's decision to reject/remove already filed documents, was in response to me referring to the documents earlier that day and in response to me relying on them as my support that refutes the false notion that I am the defendant. On the record, I refuted the false notion that I am the defendant by reminding the court of my identity. I refute any contrary presumptions as false.

128. I see no proof or evidence contrary to the fact that my documents being removed from the docket by the Magistrate Judge over 70 days later after they were already filed, after they were already discussed in a hearing over two months earlier, and after I used them on the record in the Status hearing as support that I am not the defendant, is "fraud" and "fraud upon the court"[104]. I refute any contrary presumptions of otherwise as false.

129. I received an update of the docket that stated that the defendant corrected his name for the record ("update").

130. I see no proof or evidence contrary to the fact that the update that the court wrote, is a false statement. I refute any contrary presumptions as false.

131. I see no proof or evidence contrary to the fact that the clerk who wrote the update for the court ought to know that the update that she wrote, is a false statement. I refute any contrary presumptions as false.

132. when the court wrote its update to the docket, it was saying that I was the defendant and as the defendant, I was simply correcting my name, however this is a misstatement. This is a misstatement because the court has been informed that I deny being the defendant, as evident by my filings, and was informed that when I spoke on the record, I was not the defendant correcting my name for the record, but was a man, who was denying, for the record that I was the defendant. Thus when I spoke, I was not speaking as the "defendant",  but was, per my understanding, speaking as the defendant's power of attorney, as supported by my filed documentation.

133. the court ought to know that my filed documentation is, in essence, a challenge to its claim of jurisdiction over me, a man. And, I see no proof or evidence contrary to the fact that the court, in an attempt to validate its update that it wrote, removed from the docket the documentations that I referenced as support on the record, earlier that same day. These are documents that refute the very thing that the court wrote. I refute any contrary presumptions as false.

134. I see no proof or evidence contrary to the facts that: my filing challenges the court's assertion of jurisdiction over me a man, and informs the court of my status being of a **foreign jurisdiction.** And the clerk's initial refusal and then hesitance to file my documents, the

Magistrate Judges rejection of it over 70 days later after it had already been filed, the clerk updating the docket to make a false statement, asserting that me referring to myself in my rightful name as a man and as the Power of Attorney for the defendant was a simple name correction by the defendant, is the court's attempt to force what it calls personal jurisdiction and a joinder[105]. And is therefore considered to be **"fraud upon the court"**.[106] I refute any contrary presumptions as false.

135. I see no proof or evidence contrary to the facts that: Either the court by way of the clerk concealed from the Magistrate Judge part of July's affidavit, or the Magistrate Judge was speaking misrepresentation about not receiving parts of July's affidavit. July's affidavit was a document I filed, and the pages that are in question are specifically pages where I stated the violations of my rights and violations of Constitutional Restraints by government officials in connection with this matter. The concealment or misrepresentation is evidence of more fraud and fraud upon the court. I refute any contrary presumptions as false.

136. At a hearing where I presented the dilemma to the Article III Judge Hillman, in my recollection, he told me, for the most part, that this is what happens when I chose to proceed without a lawyer. Then, in my recollection, he told me that I have to submit a motion properly, which I understand to be submitting to the jurisdiction to the court and that this submission to jurisdiction would be forced.

### IV. The Tribunal's Lack of Jurisdiction Over Me a Man

137. I see no proof or evidence to the contrary that: the Magistrate Judge of this tribunal has asserted that it is me, a man, that is being charged with crimes, however that can't be so, because this court does not have jurisdiction over me, a living flesh and blood man, as I see no injured party in this matter and no contract from me, a man, that would grant them such authority, I refute any contrary presumptions as false.

If it is me, Alan Othniel of the House of Joseph, the man, that this case is about then this case must be disposed of as I see no proof or evidence to the contrary that:

138. the court does not have jurisdiction. I refute any contrary presumption that it does as false.

139. the court does not have authority to hear the matter. I refute any contrary presumption that it does as false.

140. the court does not have what it calls "subject matter jurisdiction" in the matter, due to a law or code of which the matter is about being non-existing, and due to the other one being fraud; and due to the fact that I deny that I am the subject defendant in the matter, and deny that I am in agreement that your laws, codes, and etc. apply to me because as a man that is created by

Nature's God, I am subjected to Him and His Laws, such as the Laws of Nature[107]. I refute any contrary presumptions as false.

141. the court does not have jurisdiction over me, the man, by presumption, and I refute the presumption that it does as false.

142. if this case is about me the man then the following statements apply: I have not waived any rights by my conduct including but not limited to when it comes to rejecting and denying the court's claim of jurisdiction over me, the man, as such a waiver would not have been done voluntarily, with full knowledge and understanding. Thus my right to reject and deny the court's assertions/presumptions of jurisdiction over me, the man, or what it calls "challenging personal jurisdiction" is intact. I refute any contrary presumptions of otherwise as false.

143. The way the court is setup is for it to usurp jurisdiction where there is none, as it initially does not have jurisdiction to make a determination on whether or not it has jurisdiction because it was not being administrated by a real judge, and as such it could not make any determinations[108]. It was administrated by one who has a financial incentive to initiate and have cases adjudicated[109]. I refute any contrary presumptions as false.

144. the court does not have jurisdiction over me, a living flesh and blood man, I refute any contrary presumptions as false.

145. because I am a man and deny that I am a person in the way that they define the word, in effect, the court does not have *person al* jurisdiction over me. And that, the terminology of "*personal jurisdiction*" used anywhere in this document, does not, in any way, mean that I am in agreement that I am a person[110]. I refute any contrary presumptions as false.

146. I received no service of process or Target letter[111] for this matter, and therefore, the court does not have jurisdiction over me, the man, due to service of process, I refute any contrary presumptions of otherwise as false.

147. instead of a Target letter informing me of an indictment, I was forcefully brought to a holding cell at the court, after your officers arrested me using the support of a warrant, which was a blatant violation of your own due process rules, as your fifth amendment prohibits you from holding a man to answer for an infamous crime without an indictment,[112] regardless of what some inferior code or ACT that they may have been following says. Therefore, the court does not have jurisdiction over me due to an arrest as the arrest itself was the violation of a right. I refute any contrary presumptions of otherwise as false.

148. I was forcefully brought to the courthouse to attend the zoom hearing before a Court Official, a Commissioner, a creation of Congress called Magistrate Judge[113], therefore the court does not have jurisdiction over me by my physical presence at their courthouse because my

presence was not by voluntary consent. I refute any contrary presumptions of otherwise as false.

149. at the courthouse, I was given a document called an "ORDER SETTING CONDITIONS OF RELEASE" ("Order") and was compelled to sign it under the understanding, that if I didn't sign it I would not be released from the holding cell, also evident by the Order's title. Additionally, as further evidence of this notion, later after I noticed the court that I withdrew the signature from the Order, the Commissioner threatened me on the record to comply with it saying that if I didn't, he would put me in jail. So although I signed the Order and complied with it, it was not voluntary, but was signed, and is complied with, under threat, duress, and coercion. I refute any contrary presumptions as false.

150. The terms of the Order of which I was forced to comply with, among others, was to continue to attend the hearings. Therefore the court doesn't have jurisdiction over me or what they call personal jurisdiction by me continuing to attend the hearings because my attendance has not been voluntary but has been under threat, duress, and coercion. I refute any contrary presumptions as false.

151. I have denied multiple times being the one on the charging instruments, warrants, docket, case files, etc., that is the defendant, in reference to this matter, and as such the court does not have jurisdiction over me, or what they refer to as personal jurisdiction in the matter, and have not proven otherwise.  I refute any contrary presumptions as false.

152. In harmony with the Law of Equity, I have discharged the charge on behalf of the defendant in which your commercial rights found in U.C.C. § 3-303 agree with, thus the court cannot proceed over the Estate, and must dispose of the matter since the matter has been zeroed out and the account has been balanced.  I refute any contrary presumptions as false.

153. the court does not have territorial jurisdiction, as according to your organic Article I, section 8, clause 17 of the Constitution for the united States of America, as the alleged infractions and the courthouse itself <u>did not take place and is not located</u> on the 10 miles square of Washington D.C nor any land ceded to it[114], and I refute any contrary presumptions of otherwise as false.

154. there is no allegation that the alleged infraction occurred on Federal territory or land ceded to it as described by your organic Constitution. Therefore, the federal agents and the court does not have territorial jurisdiction to enforce their laws in the geographic area that the alleged offense occurred. **Any alleged, secret, expansion of the Federal Jurisdiction, accompanied by the claim that I consented to that expansion without a full disclosure is fraud**. I refute any contrary presumptions as false.

155. there is no indication of interstate commerce reported for the first, May 31, 2019 encounter with the target from neither the Federal Agents nor their confidential source thus the Federal

government was operating outside of their jurisdiction. The Federal government did not have territorial jurisdiction either, as according to their Article I, section 8, clause 17 of their organic Constitution for the united States of America, "Fitchburg" is not the 10 mile square of Washington D.C nor any land ceded to it, and I refute any contrary presumptions of otherwise as false.

156. there is no dispute involving a diversity of citizenship in this matter as stated in your organic Constitution for the united States of America (Article III, section 2),[115] so therefore the court does not have jurisdiction over me, the man, as required by your Article III, section 2, and I refute any contrary presumptions of otherwise as false.

157. there is no willful concrete injury (trespass of a right) that actually exists to another man or woman in this matter, and therefore, the court does not have jurisdiction over me, a man, for trespassing upon the right of another man. I refute any contrary presumptions as false.

158. I have asked the representatives for the United States and the court for the concrete injury (trespass of a right) that actually exists to another man or woman[116] in this matter multiple times but the court and the United State's representatives have not answered[117]. I refute any contrary presumptions that they have identified an injured man/woman and the way that this man/woman was injured in this matter as false.

159. The box for victims, and then multiple victims, on the criminal complaint sheet for this matter was checked, but no injured party has been identified and neither how he or she was harmed. The government was asked for this information multiple times but failed to identify any victims. Because there is no injured party but the document says that there were multiple, this makes the document fraudulent. After this was brought up at the preliminary hearing, the prosecutor changed multiple injured parties to one for the indictment which is concealment and more fraud. It is also fraud upon the court as the prosecutor is an officer of the court. Thus the court does not have jurisdiction due to more fraud upon the court. **It is my understanding that the prosecutor can't deal in fraud**[118]. I refute any contrary presumptions as false.

160. because there is no willful concrete injury (trespass of a right) that actually exists to another man or woman in this matter nor is there consent from me to be under your United State's laws, codes, statues, and etc., the court does not have jurisdiction over me, the man, or what it calls personal jurisdiction. I refute any contrary presumption that it does as false.

161. And even if there was consent from me to be under your United State's laws, codes, statues, and etc., the court would not have jurisdiction over me as the matter would be fraudulent with one code of the alleged charges being non-existent and the other being outright fraud and a tort. I refute any contrary presumption that it does as false.

162. in addition to the court itself and the matter it's administrating being colorable and fraudulent, court officials and many of those involved with the matter have committed fraud to cover up fraud, and fraud upon the court, in order to assert their false claim of jurisdiction over me, the man, and in order to conceal my documents that identify violations of my rights and that deny and reject their presumed jurisdiction. I refute any contrary presumptions as false.

163. there is fraud upon the court committed by the court officials and other(s) in reference to the matter, which robs the court of jurisdiction even if it had it in the first place. I refute any contrary presumptions as false.

164. my rights were trespassed on in connection to the matter without lawful authorization by those involved. I refute any contrary presumptions as false.

## V. Involuntary Slavery

The tribunal is enforcing involuntary slavery over me, a man, due to a lack of consent from me. I do state that:

165. I am a natural, living, flesh and blood man.

166. as a natural, living, flesh and blood man, I deny being the defendant, my Estate, in this matter, and thus I do not, and nor have I ever, consented, by my own free will and full understanding to the United States District Court of Massachusetts, Worcester for myself as a man, to its proceedings for myself as a man, nor to the matter that is being brought against the defendant, who I deny being[119], for myself as a man. If I attend or have attended the proceedings in reference to this matter, it is not to be construed to be some type of consent that it is me, the man, that is consenting to these proceedings for myself as it is my understanding that these proceedings are about my Estate of which I have an interest in, as I have made an expressed Trust of it. Also I am under threat, duress, coercion and involuntary slavery to attend these proceedings.

167. I see no proof or evidence contrary to the following facts that: I do not, and nor have I ever, consented, by my own free will and full understanding to being under the "Comprehensive Crime Control Act of 1984" in which the court is using to base it's procedural process on, as it makes one a slave. And because the matter has been brought by the Article I court, an internal affairs court that is a mere extension of the legislature, the procedural steps taken in connection to this matter violates the bill of attainder prohibition that was put on Congress, by your Constitution. I refute any contrary presumptions as false.

168. I do not consent, and nor have I ever, consented, by my own free will and full understanding to the Magistrate's Order as it requires forced servitude (employment), limited

incarceration, restriction of property, poverty thereby prohibiting one from obtaining effective assistance of counsel, with the alternative being stricter incarceration without a conviction; thus whether I adhere to the unlawful Order or not I am met with incarceration, without a conviction. I have been threatened to be jailed if I don't comply with the conditions of this Order that was not signed or issued by a real Judge thereby making it unlawful. The Order requires slavery and because I do not consent to it, it is involuntary slavery.

169. I do not consent, and nor have I ever consented, by my own free will and full understanding to being a 14th Amendment, United States Citizen. And neither do I consent, nor have I ever consented to occupy any office that any government has created and/or deemed to be for me.

170. I do not consent, and nor have I ever consented, by my own free will and full understanding to being a slave despite the court's attempts to make me one[120]. And neither do I consent nor have I ever consented, as a man, to being made an example of for your case precedence or for what you term to be "common law".

171. I do not consent, and nor have I ever consented, by my own free will and full understanding to being under your laws[121] not by word, signature, nor by conduct, among other ways. If I operate or follow orders or laws, it is not to be construed to be a type of consent from me as it is only under threats, duress, coercion and involuntary slavery as I am not of subject status. If I comply with your laws neither such "laws" nor their enforcers have any authority over me as my compliance would only be under threats, duress, coercion and involuntary slavery. I see no proof or evidence contrary to the fact that as a man of God, I am under God, the One who created me, and His Law, I refute any contrary presumptions as false.

172. I do not consent, as a man, to accept the liability of any hidden or unrevealed contract or commercial agreement associated with the compelled and pretended benefit and I reserve my natural right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. As such, any hidden or unrevealed contracts that supposedly create obligations to perform for persons of subject status are inapplicable to me, as a man, and are null and void.

173. I do not consent to any hidden contracts spoken about in the previous point 172. by participating in any of the supposed benefits associated with these hidden contracts. If I have participated in any of the supposed benefits associated with these hidden contracts, it was done under duress for lack of any other practical alternative. If I received such benefits, I have not accepted them in a manner that binds me to anything. Any such participation does not constitute acceptance because of the absence of full disclosure of any valid offer and voluntary consent

without misrepresentation or coercion. Without a valid voluntary offer and acceptance knowingly entered into by both parties, there is no "meeting of the minds" and, therefore, no valid contract. Any supposed contract is, therefore, void from the beginning.

174. I do not consent to any contract by any document that may have ever been signed in which I may have answered "yes" to the question, "Are you a United States citizen?", and such a document cannot be used to compromise my status as a man under God, or obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship" provided in a document that bears a signature that was given without there being misrepresentation or coercion, there can be no binding contract.

175. I do not consent to being a United States citizen. I do not consent to being a resident of, an inhabitant of, a franchise of, a subject of, a ward of, the property of, the chattel of, an officer of, a vessel of, or subject to the jurisdiction of any monarch or any corporate commonwealth, federal state, territory, county, council, city, municipal body politic, or other government allegedly created under the authority of a constitution or other enactment. I do not consent to being subject to any legislation, department, or agency created by such authorities or to the jurisdiction of any employees, officers, or agents deriving their authority therefrom. I see no evidence or proof that any of the statutes or regulations of such "authorities" apply to me nor have any jurisdiction over me.

176. I do not consent to being a subject of any courts or bound by precedents of any courts deriving their jurisdiction from said "authorities" mentioned in above point 175. I have hereby canceled and make void from the beginning any such instrument or any presumed "election" made by any government or any agency or department thereof and that I am not consenting and never have voluntarily consented to be treated as a subject of any monarch or a United States citizen or a resident of any commonwealth, state, territory, possession, instrumentality, enclave, division, district, or province, subject to their jurisdiction(s).

177. I do not consent to any contract nor to any obligation to perform in any manner through the mere use of words, by signing any document or by speaking any words on record that are defined by twists in any "law" books different from the common usage. Just because the law makers alter definitions of words in their "law" books doesn't mean I consent to those definitions as being binding for me, a man. The fact that they define the words 'person', 'address', 'mail', 'resident', 'motor vehicle', 'driving', 'passenger', 'employee', 'income', 'individual', and many others in ways different from the common usage so as to be associated with a subject or slave status means nothing in real life.

178. I do not nor have I ever consent to any contract nor to any obligation to perform in any manner through the mere use of, nor to the mere answering to, the defendants name in any style and or any combination thereof. If I have answered "yes" to or responded to the name Mr. Joseph being spoken, on the record in any court proceeding, it is not to be construed to be as type of consent from me that I am the defendant. My answer to the name Mr. Joseph being called after I have made it known to the court and to all of those who work for the court that I deny being the defendant has only been under coercion due to the court officials insistent on seemingly[122] saying that name to compel speech from me. I have made it known on the record and do now make it known again in this document, that the court officers may exercise their free speech rights to call me whatever they want but that is to not be evidence of a type of consent from me that I am what they call me, that is, in this context, the defendant. Additionally, it is my understanding that I have been granted the power of attorney to represent Mr. Joseph, and that I would be answering as the defendant's attorney if I answer for Mr. Joseph, and will not be answering as surety for the defendant. The use of the word Mr. Joseph by the court officials are not testimony or proof that I am the defendant as testimony by counsel is not evidence and a Judge is barred from acting as a lawyer in the proceeding.[123]

179. If, by presumption, the Prosecutor and/or the court, is determining that I did consent to any of the items in the above points 166. - 178., and that includes but is not limited to any alleged consent by conduct, I refute those presumptions as false and withdraw such consent due to my religious beliefs[124], for fraud, for being under threat, duress, and/or coercion and/or for lack of full disclosure.

180. I have filed documents in the land records and into the court's docket as sealed[125] in which I have denied and refuted contrary presumptions of many if not all of the items mentioned in the above points 166. - 178., in which I denied that my identity is anything other than a flesh and blood man, not a fictitious entity, and in which I have withdrawn the signature from any alleged contracts with any and all government entities. The documents filed are in essence a challenge to the court's assertion of jurisdiction over me a man, as spoken by Magistrate David H. Hennessy at a court proceeding.

*Procedural History Relevant to this Section*. I do state that:

181. on or about the 24TH day of June, two thousand twenty-one anno domini the court was served with a Notice by me (sent on or about June 18, 2021)[126].

182. it is my understanding that on or about the 8th day of July, two thousand twenty-one anno domini the clerk filed the Notice into the docket sealed. This document is now being concealed

by the court and it is my understanding that such a concealment is fraud, and fraud upon the court thereby being a crime.

183. I see no proof or evidence contrary to the fact that my Declaration of Status that was included in the Notice, denies that I am subjected to your government and its rules, laws and etc. I refute any contrary presumptions of otherwise in reference to this statement as false.

184. I see no proof or evidence contrary to the fact that, another document that I have filed, July's Affidavit, restates certain points that are identified in my Declaration of Status and adds more statements on who I am and what I have been subjected to in connection to this matter among other things. It has never been rebutted by the prosecutor. It has been just under a year. I refute any contrary presumptions that the prosecutor has rebutted the points with proof as false.

185. It is my understanding that, either the last few pages of July's Affidavit that outlined the violation of my rights was concealed by the clerk from the Magistrate, or the Magistrate misrepresented that it was, thereby being what I understand to be evidence of more fraud and fraud upon the court.

186. in July's Affidavit the statement was made: "I firmly deny being the Defendant ALAN JOSEPH." The Prosecutor and/or the court failed to respond by providing proof to the contrary, therefore it is my understanding that this statement stands as fact.

187. in July's Affidavit the statement was made: "I see no proof to the contrary that the defendant is a legal fiction entity ALAN JOSEPH, and is not me, and has been accused by a complainant created out of the theory of legal fiction, an IT, named by its creators as the United States of America, a Legal Fiction Governing Entity(s). I refute any contrary presumptions of otherwise as false." The Prosecutor and/or the court failed to provide proof to the contrary, therefore  it is my understanding that this statement stands as fact.

188. in July's Affidavit the statement was made: "I firmly deny that I am personal surety and guarantor for, or joined with, ALAN JOSEPH on any Legal Fiction Governing Entity(s) contracts, leases, bonds, warrants, registration certificates, true bills, and all other securities and derivatives, of any kind or for any purpose, therefore I refute any contrary presumptions as false." The Prosecutor and/or the court failed to provide proof to the contrary, and therefore  it is my understanding that this statement stands as fact.

189. in July's Affidavit the statement was made: "I am without evidence or proof that I am joined with, or guarantor for any licensing contract or agreement including but not limited to professional licenses, driver's licenses, marriage licenses, sales licenses, et al. obliged in the ALAN JOSEPH Estate's name and identity as a contracting party identified by its alleged

address, birthdate and a social security number as licenses are given by the licenser for what would otherwise be illegal, a trespass or a tort, therefore I refute any presumptions as false." The Prosecutor and/or the court failed to provide proof to the contrary, and therefore it is my understanding that this statement stands as fact.

## VI. I am a Man of God Created Equal to All Other Men

I am not a slave to, but am equal to, all other men. I see no proof or evidence contrary to the following facts that:

190. the Supreme Ruler of the Universe, Nature's God, the great I AM, created men, and deemed them to all be equal[127]. He gave the men of His creation all equal, unalienable rights, from their nativity, with no one man having more or less rights than another man. I refute any contrary presumptions as false.

191. some of the men after they were created, now referred to collectively as the people, who are all equal to, and who have the same rights as, all other men, then created your States, and your States then created your Federal government (both governments referred to collectively herein as "governments"). As such, it is the people, that is the men, who have the supreme and ultimate power and rights when it comes to your two forms of governments[128]. However any man that is not a citizen of your governments does not have any less rights than the men who created, nor than those who now sustain your governments, as all men are created by God as equal. I refute any contrary presumptions as false.

192. men's rights didn't come from those governments[129] that they created and couldn't have, as man's existence predates the governments' existences, and as a government is not a real thing but is an abstract concept that is not alive and as such is incapable of giving rights to men. I refute any contrary presumptions as false.

193. men's rights couldn't have come from those governments that they created, as a government can't give rights to the one who created them in the first place, just like men can't give rights to God who created them in the first place[130]. I refute any contrary presumptions as false.

194. even if one deconstructs the abstract concept of a government and makes it to be real, in the sense that, a government is simply the men who make up that government, then men's rights still couldn't come from their governments, as it is to say that men's rights come from other men and not from God who created men. I refute any contrary presumptions as false.

195. I do not consent to be a part of your governments, nor a part of your laws, statues, acts, codes, etc. (collectively referred to herein as "your laws"). It is my understanding that your

government's foundation and "just powers" are based on the "consent of the governed" and as such I do not consent to be governed by you. As a man that is created by Nature's God, I declare myself to be under Nature's God, and a citizen of the House of God, and subjected to Him and His Laws, such as His Ten Commandments and His Laws of Nature. As such, I retain all of my natural rights that Nature's God gave me from my nativity. I refute any contrary presumptions as false.

196. God's laws, such as His Ten Commandment Law, Laws of Love, and the Laws of Nature are the true Supreme laws of the land, as it is the Supreme law of our universe. All men, including the men who run this court, and the Agents and officers who find cases for this court, fall under the jurisdiction of the Laws of Nature and Nature's God and as such is subjected to it whether they believe it or not, want to or not, or obey it or not[131]. I refute any contrary presumptions as false.

197. Men use their governments to establish their laws, statues, acts, codes, etc. but their laws and codes are inferior to God's Laws such as His Laws of Nature, because, since God and Nature existed before man existed, the Laws of Nature existed before men existed. I refute any contrary presumptions as false.

198. I am equal to the men that then established, and the men that now sustain, your governments, and as a non-resident alien, I live in my body on the soil that was created by Nature's God, alongside these men. I do not have less rights than these men who created and now sustain your governments. God in whom all ultimate power and control belongs to, has not granted these men or any other men arbitrary authority to trespass upon my rights and that includes but is not limited to by way of their law or code. I refute any contrary presumptions as false.

199. The only authority that men have to restrict the rights of another man, under God's Law, the Laws of Nature, is with a willful concrete injury, that actually exists, that is the trespass of a right, by that man upon another man. This is because men, in order to preserve their life, have a right to defend themselves and their property against trespassers. The only other authority that men have to restrict the rights of other men, as the law of reasoning would have it, is with an agreement from that man, or his consent. Your organic laws of this Federal and State governments of this country (derived from the Laws of Nature or Nature's Laws) are in agreement with this notion[132]. I refute any contrary presumptions as false.

200.  in the case of which a man by agreement, contract, or consent, (used interchangeably but conveying the same idea) have allowed another man to restrict his rights, in order for that

consent to exist that consent must be freely given, intelligently, with full knowledge and understanding. In the case where a man is forced or tricked to agree, or of which he does not know what he has agreed to, he has not agreed. And to say he has agreed when he hasn't, is misrepresentation, deceit and outright fraud. Thus the notion of a forced agreement in and of itself is an oxymoron and fraud and no such agreement exists. I refute any contrary presumptions as false.

201. just like man must be free to agree, that is his consent must be freely given, a man must be also free not to agree, or not to consent, and free to agree on a limited basis, or give limited consent, or it is not an agreement, or consent, from that man. I refute any contrary presumptions as false.

202. to take away a right of a man or to restrict than man in exercising his rights without his consent, or without a willful concrete injury that actually exists to another man, that is the trespass of a right after it has been proven through due process, is to reduce him to being the property of, not equal to, other men; that is you reduce him to being another man's slave or involuntary servant. And your laws and codes say that slavery or involuntary servitude is not permissible[133]. I refute any contrary presumptions as false.

203. when acting in support of some inferior law or code, if a government officer trespasses on the God given rights of another man absent his consent, he has caused an injury to that man by acting under that inferior law or code and as such he is not exempt from being in violation of the Law of God and of your government's laws such as your Constitution and other codes pursuant to it[134]. The man wronged by the government official has every right to defend himself and his property and that includes by way of your justice system. I refute any contrary presumptions as false.

204. in the matter spoken of, I see no willful concrete injury that actually exists to another man or woman, that is the trespass of a right, except those that exist to me and to my rights and the violation of due process **that have occurred against me** in connection to the matter[135]. And as such, relief and remedy is warranted for me. I refute any contrary presumptions as false.

### VII. Conclusion of Affidavit

If it is me, Alan Othniel of the House of Joseph, the man, that this case is about then I do state that:

205. My rights have been, and are being, violated by government officials in connection to this matter; by those who, per my understanding, swore an oath to uphold your Constitution. I have attempted to notice officers of the court about my rights being violated in document(s), but the

document(s) have, from what I have seen, have been concealed as evidence of fraud and fraud upon the court.

206. Some of my rights that have been violated were stated on pages in July's affidavit, but in addition to those points, points 34-51 in this document notice the government of other violations of rights in reference to: the warrant; the Order; the Probable Cause Hearing; me being arrested, held, and subjected to this case process on an affidavit that contained misrepresentation and false statement(s), at least one that would constitute perjury thereby making it fraudulent; me being held without an indictment; vindictive prosecution after the prosecutor was noticed of the violation of a right, thereby making his actions to be fraud; and unconstitutional grand jury and petit jury due to its discrimination against state Citizens. It is my understanding that the things that I have been subjected to is considered to be involuntary slavery, in violation of your 13th amendment, and that much of it is from your unconstitutional Comprehensive Crime and Control Act of 1984.

207. It is my understanding of the following facts that: the court does not have subject matter jurisdiction due to there being problems with its codes that were allegedly violated. For one, there has been no law enacted by your Congress, as of the start of this case, that says that one has to have a license in reference to any actions concerning bitcoin, nothing defining it as currency, and etc., thereby the code that was allegedly violated, your Title 18 USC 1960, does not apply to this case. And lawfully defining bitcoin as money is fraud, as bitcoin is nothing but a number in a email message, and is therefor property, with no license needed for one to acquire and/or give of their own property for consideration of other property. I have a right to acquire and to give of my property without a license.

208. Second, it is my understanding of the following facts that: the money laundering code, as it was allegedly violated, your 18, United States Code, Section 1956(a)(3), is fraud and a tort. It sanctions the Agent using misrepresentation, which is fraud and a crime, to take the alleged offender's property, essentially piracy, making it to be a tort against the one who is the target of such an offense. Ultimately, the money laundering code allows for a fake crime and a fake simulation to test if the target will commit a crime, then gives real consequences for the target's failure of that test, and has nothing to do with crime actually being committed.

209. It is my understanding of the following facts that: the money laundering code is fraud because it either punishes for one's intent or thoughts or is a strict liability crime that appears to punish for one's intent or thoughts. First, no man can know the thoughts of a man and thus how can a man be punished for it, second, the code seems to misrepresent as being about a man's thoughts or intent when it seemingly isn't. Just the notion that the code punishes for thoughts is

tyrannical and shocking to the conscience; however, there is evidence that the code isn't about intent as the deliberation isn't on the totalitarian of the man's actions to determine what he was actually thinking but only on whether or not he broke the steps in the code.

210. It is my understanding of the following facts that: there has been fraud upon the court on multiple instances in this matter such as: fraud upon the procurement of jurisdiction; concealment and possible fraud when the Magistrate prevented me from further exploring a sixth amendment violation at the probable cause hearing when questioning the government official present on him not being a first hand witness, fraud when the prosecutor, an officer of the court, changed multiple victims to one when he indicted to seemingly cover up the sixth amendment violation that was pointed out by the defense at the probable cause hearing; parts of a document that I filed, July's affidavit being either concealed from the Magistrate or the Magistrate misrepresenting that it was concealed; the court removing a document that I filed from the docket under the guise that it was rejected, 70 days later, after it was discussed in open court; most of the points in the Bill of Particulars that I filed not being answered and thus the information being concealed (I had to find some of the answers on my own).

211. It is my understanding of the following facts that: the court does not have jurisdiction over me a man and it no longer has it over the defendant ALAN JOSEPH except to dispose of the case, as the law of Equity and the process that was done in harmony with such law demands as such for the defendant. The court does not have any type of jurisdiction over me, the man, by consent from me neither by any injury or harm done by me or my estate. It does not have jurisdiction over me by my consent, as I have been forced to comply with this process under threat, duress, coercion, and as an involuntary slave, due to an unconstitutional Order that was made by someone who is not a judge. It does not have  territorial jurisdiction, personal jurisdiction, subject matter jurisdiction, jurisdiction due to common law, jurisdiction due to contractual law, jurisdiction due to interstate commerce as that was fraudulently forced, nor any other type of jurisdiction over me, the man, in this matter.

212. It is my understanding of the following facts that: I am a man that was created by God, who have equal rights to all other men, exercising dominion of this earth in common with all other men. I am God's child and am subjected to him and no other. I am a citizen of his kingdom and fall under His jurisdiction. I am standing on my rights under God as a man. And I do not consent to any of what I have been subjected to and anything that allows for any of what I have been subjected to. I refute any contrary presumption as false.

213. I see no proof or evidence contrary to the fact that, my affidavit unrefuted stands as truth[136]. I refute any contrary presumptions as false.

214. this is not all I know in reference to this matter.

215. It is my understanding of the following fact that: because of the reasons stated herein, relief and remedy is warranted including but not limited to the disposal[137] of the case and the return of all of the Estate's property, including but not limited to any cryptocurrency taken, at the highest value that it reached during the time that it has been out of my possession. I refute any contrary presumption as false.

I, Alan Othniel of the House of Joseph, affirm under penalty of perjury under the laws of the United States of America (without the United States) that the foregoing in the AFFIDAVIT OF VIOLATIONS OF RIGHTS, LACK OF JURISDICTION, & FRAUD & INVOLUNTARY SLAVERY is true and correct to the best of my knowledge and belief so help me God. [28 U.S.C. §1746(1)]

Executed this __20 th__ day of May 2022 anno domini.

By:....../signature/.........................................(seal)
      Alan Othniel of the House of Joseph
       I am a private man

By:....../signature/.........................................(seal)
      Alan Othniel of the House of Joseph
      Lender, Beneficiary and General Executor
      For the ALAN OTHNIEL JOSEPH, Estate

Maximums[138]:
"He who affirms not he who denies must bear the burden of proof"
"He who affirms must prove"

## VIII. Notice

216. This document is not intended to threaten, harass, intimidate, offend, conspire, blackmail, coerce, cause consternation, alarm, contempt or distress or impede any public duties. It is presented with honorable and peaceful intentions. Any affirmation contrary to the verified statement of facts will comprise your stipulations to committing a fraud upon the court.

217. Due to the narrow time constraints that I had to put together this vast document, this document may contain errors and typos. Any errors or typos are not to be seen as making the

claims stated herein as invalid. I reserve the right to submit a modification of any statement made in this document that may have been an error or mistake. This is not all I know in reference to this matter., I reserve the right to submit more information in reference to what is stated herein at a later date. And I reserve the right to submit an amendment of this document at a later date.

218. **Failure to refute all points or to dispose of this case in 7 days will be deemed to be a tacit agreement that my rights are violated and you will be a party to the conspiracy along with the alleged perpetrators. It is also a tacit agreement to my fee schedule for violations of rights as well as other penalties**

219. This document does not waive any rights. All rights are reserved

## WITNESS ATTESTATION

We, the undersigned witnesses, hereby agree and affirm under the laws of Nature's God, that Alan Othniel of the House of Joseph did subscribed his autograph on a **Demand for Disposal or Hearing on the Matter / Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man** , to be filed into the docket, on this 20ᵗʰ day of May, two thousand twenty-two *anno domini..*

by : ................................... Nicole House of Joseph      (seal)
Witness

B: ................................... Richard Spaulding      (Seal)
Witness

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALAN JOSPEH

Case No.:  21-CR-40010

ORDER FOR DISMISSAL

**ORDER FOR DISMISSAL**

Upon the demand for Disposal in the above-caption matter, it is hereby

ORDERED: That the Court will DISMISS the Case No.: 21-CR-40010 and return all property
including Cryptocurrency that was seized at it's highest value that it reached during the time that
it has been in the government's possession.

_____
Judge Timothy S. Hillman

Dated: _____ _____, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALAN JOSPEH

Case No.: 21-CR-40010

ORDER FOR HEARING OF: Demand for
Disposal & Hearing on the Matter / Notice
of Fraud, Crimes, & Lack of Jurisdiction
Over Me, a Man

### ORDER FOR HEARING OF: Demand for Disposal & Hearing on the Matter /

### Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man

Upon the demand to set a hearing date in the above-caption matter, the respondents not opposing a date for a **HEARING OF Demand for Disposal or Hearing on the Matter / Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man** to be set before June 1, 2022, and being fully advised in the premises, it is hereby

ORDERED: That the Court will hold a hearing on the Demand for Disposal or Hearing on the Matter / Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man filed for ALAN JOSEPH on the _____ day of _____, 2022, at _____ time.

_____
Judge Timothy S. Hillman

Dated: _____ _____, 2022

## CERTIFICATE OF SERVICE

I, Alan Othniel: House of Joseph, affirm under penalty of perjury under the laws of the United States of America, without the United States [28 U.S.C. §1746(1)], that I served the above Demand for Disposal or Hearing on the Matter / Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man , Supported by Affidavit to the below listed recipients certified mail this 20th day of May, 2022.

Office of United States Attorney
District of Massachusetts
Attn: John T. Mulcahy, Assistant United States Attorney
Donohue Federal Building
595 Main Street, Suite 206
Worcester, MA 01608
Certified Mail No.: 7019 0700 0000 3274 7492

By: .....*Alat Executor*..................   (seal)
    Alan Othniel: House of Joseph
    General Executor and Beneficiary of the
    ALAN OTHNIEL JOSEPH, Estate

We, the undersigned witnesses, hereby agree and affirm under the laws of Nature's God, that Alan Othniel of the House of Joseph did subscribed his/her autograph and placed a **Demand for Disposal or Hearing on the Matter / Notice of Fraud, Crimes, & Lack of Jurisdiction Over Me, a Man** , in an envelope, sealed the envelope with certified mailed number 7019 0700 0000 3274 7492 to be placed into the custody of the Postmaster of the United States Post Office and to be be mailed to the above recipients by certified mail the _____ day of May, two thousand twenty-two *anno domini*..

*Zoro Nicole House of Joseph*   (seal)
Witness

By: *Richard Grady*   (Seal)
Witness

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

1        I see no proof to the contrary that the defendant ALAN JOSEPH is a legal fiction, Estate (see Cestui Que Vie Act of 1666), a 14th amendment United States citizen, and I refute and have refuted any contrary presumptions of otherwise as false. I, Alan Othniel of the House of Joseph, deny that I am the defendant and that I am anything other than a man that was created by God, Genesis 2:7, and is therefore God's property and not property of the government, see endnote 2 below for an expansion on this. Luke 20:25 says *"Render therefore unto Caesar the things which be Caesar's, and unto God the things which be God's."* Furthermore, I have made an expressed Trust of ALAN JOSEPH.

The 14th Amendment (ratification questionable), indicates that there are two citizenships. It reads: *"All persons born or naturalized in the United States, **and subject to the jurisdiction thereof, are citizens of the United States** and of the **State wherein they reside**. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."*

The 14th Amendment makes an individual a citizen of both the federal government and of a States government, calling them "persons". A "person" is a citizen of both the United States and of the State wherein said person "reside", subjecting them to both entities' laws. One of the meanings of the word "persons" is a corporation, however even the other meanings of the word person seem to also mean a corporation. You can see this in your UCC code, when it defines the word "person", as it makes all of the words that are listed that defines it, including the word "individual", to be a **"legal or commercial entity"** (see UCC 1-201 General Definitions (27)).

The word "person" having the meaning of a corporation is well known as many of your Supreme court cases have determined it to be so starting with the 1886 Supreme Court case Santa Clara County v. Southern Pacific Railroad Co. In that case the court affirmed that corporations are "persons" when it regarded that the Equal Protection Clause of the Fourteenth Amendment grants constitutional protections to corporations, approving that notion when it was stated in a headnote.

The fourteenth amendment is worded in a way that says that a United States citizen is also a State citizen, however it does not say that State citizens are also United States citizens. In fact, the United States citizenship is optional in that you can be a citizen of a state without being a citizen of the United States, and as such I have opted out (see page 47 of this endnote). One of your Judges made this statement in a court case - Crosse v. Bd. of Supvr,s of Elections, 221 A.2d. 431 (1966: *"Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state."*

As evident of the different C/citizenships, there are two different P/ privileges and I/immunities clauses in the Constitution, one in Art. IV, and the other in the 14th amendment. At a first glance, it seems like the 14th amendment is redundant when it states this clause, but it makes sense when we understand that the 14th amendment has established that there are two different kinds of C/citizenships. Thus, there are two clauses, one clause being for one type of "Citizen" and the other being for the other type of "citizen". Art. IV states that *"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States"*, while the 14th Amendment states that *"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States"*. You can tell by the different capitalization in the words, that the two provisions in the Constitution are speaking about two different C/citizens and about two different P/privileges and I/immunities. The notion that the difference in the capitalization of a word makes it have a different meanings in law is a similar notion in the Bible in which the capitalization of words make them also have different meanings, an example being that God with a capital "G" is the Creator and Supreme Being but god with a lowercase "g" is a false god.

The Art. IV Citizenship is the Citizenship of the people of whom the bill of rights apply to, and of whom have all of their rights intact with the exception of what was given or delegated by them to their government via their consent (tenth amendment). However, It is my understanding that the 14th amendment is a completely different citizenship than the freeman Citizenship spoken about in Art. IV of the Constitution. The 14th amendment United States citizenship is a citizenship that represents bondage and slavery to other men under the cloak of government allegiance. It is slavery because none of the bill of rights apply to these citizens, and in fact, these citizens have been deemed to have only one absolute right and that is to reside in the territory of the United States, (in essence to be a subject that falls under the power and jurisdiction of the United States). The following statements were made by your Judges in a court case and is in agreement with what I have written here.

One of your Judges made this statement in a court case - Jones v. Temmer, 829 F. Supp 1226: *"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens...Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

Another one of your Judges made this statement in a court case - US vs. Valentine 288 F. Supp. 957: *"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States."*

One of your Judges made this statement in a court case - HALE v. HENKEL 201 U.S. 43 at 89 (1906): *"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him. He owes no such duty to the State, since he receives nothing therefrom beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself and the immunity of himself and his property from arrest or seizure except under a warrant of the law...*

*Upon the other hand, the corporation is a creature of the State [which is what I understand the 14th amendment citizen to be]. It is presumed to be incorporated for the benefit of the public. It receives certain special privileges and franchises, and holds them subject to the laws of the State and the limitations of its charter. Its powers are limited by law. It can make no contract not authorized by its charter. Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its creation. There is a reserved right in the legislature to investigate its contracts and find out whether it has exceeded its powers. It would be a strange anomaly to hold that a State, having chartered a corporation to make use of certain franchises, could not in the exercise of its sovereignty inquire how these franchises had been not, in the exercise of its sovereignty, inquire how these franchises had been employed, and whether they had been abused, and demand the production of the corporate books and papers for that purpose. The defense amounts to this: that an officer of a corporation which is charged with a criminal violation of the statute may plead the criminality of such corporation as a refusal to produce its books. To state this proposition is to answer it. While an individual may lawfully refuse to answer incriminating questions unless protected by an immunity statute, it does not follow that a corporation, vested with special privileges and franchises, may refuse to show its hand when charged with an abuse of such privileges."*

See also endnote 53 for more statements from judges about the two citizenships.

The 14th amendment citizenship seems to be an office of the government.

My explanation of the 14th amendment citizenship is not complete, but regardless of what is said or known about the 14th amendment citizenship, I have chosen to not consent to being the defendant and to opt out as stated in my documents that were filed in the court docket and land records. I filed in the land records and in this court's docket, a Power of Attorney and Declaration of Status. In the Power of Attorney document, I was appointed Power of Attorney for the ALAN OTHNIEL JOSEPH, Estate and revoked all other Power of Attorneys. In the Declaration of Status, I notice all men, governments, fictions, and etc., of my official statements of self-determination by denying and refuting contrary presumptions of areas that have to do with me and my relation to any legal fiction government. My Declaration of Status, among other things, indicates my status denying that I am anything other than a man that is a son of God, indicates my name and political status denying that I am governed by the United States or its subsidiaries, preserves all of my rights, denies that I am the Legal entity on the birth certificate, social security, card etc., withdraws my consent from all legal government documents and/or licenses, claimed ownership of my progeny, and denies that he is a legal fiction, declares the legal fictions that were meant to be for me and my progeny to be expressed trusts. My Declaration of Status is a challenge to any presumption of the court of Jurisdiction over me the man, as asserted by the Magistrate Judge Hennessy in a past hearing, because it denies that I am the defendant in the matter. 1. (reference: land records https://www.masslandrecords.com/worcester book number 65416 and page number 1)

I have a right to not consent to be under your governments and your laws, so if I am forced to consent to be under them/it, that would not be consent from me (see points 200.- 201. of this document) but would be involuntary slavery (see your 13th amendment in endnote 10). I have the right not to consent, as your government's foundation and "just powers" is based on the *"consent of the governed"* see excerpt from the Declaration of Independence of the united States of America, July 4, 1776 and Article VII of Massachusetts Constitution, PART THE FIRST, A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts, in endnote 15. One of your old presidents, Abraham Lincoln, made said that *"no man is good enough to govern another man without that other's consent."*

In addition to those two references mentioned, it is stated in an excerpt from your Declaration of Independence of the united States of America, July 4, 1776: *"The unanimous Declaration of the thirteen united States of America, When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

*which impel them to the separation."* Thus, your government was founded on the idea that pursuant to "*the separate and equal station to which the Laws of Nature and of Nature's God entitle them*", the people can separate from your governments, adding that they must make a declaration of why as I have done.

It is my understanding that your United States governments and its subsidiaries are functioning under Uniform Commercial Code or contract law and as a man, I do not consent to contract with you (on the Uniform Commercial Code, see endnote 7). The UCC code is a law of contracts and since contracts are agreements, and agreements is based on consent then the UCC is based on consent, and the "consent of the governed" like any of your other laws. It is Maxims of Law that: *Le contrat fait la loi. The contract makes the law* and that: *Consensus facit legem. Consent makes the law. A contract is a law between the parties, which can acquire force only by consent.* It is also my understanding that the UCC is for businesses and since I am not a business but am a man, it does not apply to me the man but to my Estate. One of your Judges made this statement in a court case - Alexander v. Bosworth, 26 Cal.App. 589, 599 (Cal. Ct. App. 1915): *"'a party cannot be bound by a contract that he has not made or authorized'".*

I have a right to self determination, to declare my economic and political status to not be under your governments nor your laws and etc., as your treaty, that you ratified, the International Covenant on Civil and Political Rights or "ICCPR" (1966), agrees with this right. It states in PART I, Article 1, 1. *"All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development."* The ICCPR enumerates more rights that are not stated in the Constitution making it fall under the Ninth Amendment (see endnote 15 for the Ninth Amendment).

It is not possible for me, a man, to be the defendant named on the Birth Certificate and Social Security card as ALAN OTHNIEL JOSEPH because to be so it would violate the 13th amendment of your Constitution and my religious beliefs (see endnote 28). The numbers displayed on the back of the Social Security card represent that the said person is property of a Reserve Bank however, I, a man, am the property of my Creator God. When people's very lives are made into contracted bonds or collateral, it is recognized as slavery. Furthermore, the numbers found on the Birth Certificate also cite a connection with the Federal Reserve Bank and can be issued as a collateral bank note/Bond (guaranteed by a person's ability to pay taxes and/or create credit) which would constitutes as another entity having ownership over another human life (i.e., "slavery") if you join that human life with the birth certificate.

According to Bouvier's Law Dictionary 1856, a slave is defined as: *"SLAVE. A man who is by law deprived of his liberty for life, and becomes the property of another."* See endnote 10 for your 13th amendment and for more on slavery.

Furthermore, I cannot find any justification for a Birth Certificate or a Social Security Card as a representation of a living flesh and blood man as it is issued and owned by a corporate entity, nor can I find legal justification that does not violate the 13th Amendment to allow for the taxation of labor or to restrict a business from allowing a man born in the land mass known as America from working without a government-issued Social Security card or government-issued Birth Certificate. The Social Security Administration also has no lawful ability to contract with a minor.

The court has been informed that I deny being the defendant. The court has also been noticed that I seen no proof to the contrary that the defendant ALAN JOSEPH is a legal fiction entity, Estate that is not me, and that I have made an expressed Trust of the legal fiction ALAN JOSPEH, and that I have refuted any contrary presumptions as false.

2       Gen 1:1 *"In the beginning God created the heaven and the earth."*.
        Genesis 2:7: *"And the LORD God formed man of the dust of the ground, and breathed into his nostrils the breath of life; and man became a living soul."*
        Gen 1:27-28 *"So God created man in his own image, in the image of God created he him; male and female created he them. And God blessed them, and God said unto them, Be fruitful, and multiply"*
        God created man and the earth and gave the earth to **Adam and his posterity in common.** I, like all other men, am a son of Adam and thus I exercise equal dominion in this earth with other men. Gen 1:26: *"And God said, Let us make man in our image, after our likeness: **and let them have dominion** over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth."* and Ps 115:16 states: *"The heaven, even the heavens, are the LORD'S: but the earth hath he given to the children of men."*
        Heb 2:6-9 *"What is man, that thou art mindful of him? or the son of man, that thou visitest him? **Thou madest him** a little lower than the angels; thou crownedst him with glory and honour, **and didst set him over the works of thy hands: Thou hast put all things in subjection under his feet.** For in that he put all in subjection under him, he left nothing that is not put under him. But now we see not yet all things put under him. But we see Jesus, who was made a little lower than the angels for the suffering of death, crowned with glory and honour; that he by the grace of God should taste death for every man."*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

One of your Judges made this statement in a court case - Budd v. New York, 143 U.S. 517 (1892) *"Men are endowed by their Creator with certain unalienable rights -- "life, liberty, and the pursuit of happiness" -- and to "secure," not grant or create, these rights, governments are instituted. That property which a man has honestly acquired he retains full control of, subject to these limitations: first that he shall not use it to his neighbor's injury, and that does not mean that he must use it for his neighbor's benefit; second, that if the devotes it to a public use, he gives to the public a right to control that use, and third, that whenever the public needs require, the public may take it upon payment of due compensation."*

Excerpt from the Declaration of Independence of the united States of America, July 4, 1776: *"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness."*

The Laws of Nature and Nature's God making men equal was also stated in an excerpt from the Declaration of Independence of the united States of America, July 4, 1776 where it spoke on men separating from your governments: *"When ...one people ...assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them"*, for more context of this excerpt see endnote 1.

Although in this section of the Massachusetts Constitution it does not say that people are created by God, it does say that they are born free and equal: *"Article I of Part the First of the Constitution is hereby annulled and the following is adopted:- All people are born free and equal and have certain natural, essential and unalienable rights...Equality under the law shall not be denied or abridged because of sex, race, color, creed, or national origin."* Massachusetts Constitution Part the First – A Declaration of Rights of the Inhabitants of the Commonwealth of Massachusetts, Excerpt from Article CVI:

A Maxim of Law states: *Derivata potestas non potest esse major primitiva* – The power which is derived cannot be greater than that from which it is derived. Bouvier's Law Dictionary 1856

One of the founding fathers of your government John Adams said this once, *"You have rights antecedent to all earthly governments; rights that cannot be repealed or restrained by human laws; rights derived from the Great Legislator of the Universe."*

3       Although your Constitution calls itself the supreme law of the land, your Declaration of Independence of the united States of America, July 4, 1776, your organic law, establishes that your government and the Constitution was formed pursuant to the Laws of Nature and Natures God.

It is stated in an excerpt from your Declaration of Independence of the united States of America, July 4, 1776: *"The unanimous Declaration of the thirteen united States of America, When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation."* Thus, your government was founded on the idea that pursuant to " *the separate and equal station to which the Laws of Nature and of Nature's God entitle them"*, the people can separate from your governments, adding that they, out of respect, must make a declaration of why (see endnote 1 on my Declaration of Status).

Oxford Languages Dictionary defines the Law of Nature as *"a regularly occurring or apparently inevitable phenomenon observable in human society."* By observing men's behavior, one begins to understand or discover the Laws of Nature. In the scope of men's behavior, the Laws of Nature are statements that are based on experiments or repeated observations of men's behavior, and that describe or predict a range of natural phenomenon of men's behavior. In other words, when it comes to men's behavior, every time we repeat a certain scenario under certain conditions, we get the same outcome, just like a math problem. The outcome is inevitable regardless of the nationality of man or the location of the man, unless, of course, there is an exception or some higher law that exists that says that under that exception the outcome would be different, functioning similar to an exception in a math problem.

The Laws of Nature and Natural Law are often confused with each other but they are not the same thing. Oxford Lexico Dictionary defines Natural Law as *"a body of unchanging moral principles regarded as the basis for all human conduct."*. With Natural Law, the emphasis is on the *"moral principles"* and not on man's actual behavior, which makes Natural Law highly debatable and up to men's interpretation. But with the Laws of Nature, the emphasis is on men's actual behavior, and not on the principles. Natural Law is philosophical and is based on what ought to be, or what men's behavior ought to be, versus the Laws of Nature are factual and is based on what is, or what actually happens, in reference to men's behavior.

The Laws of Nature are one of God's Laws, and have existed before God's Ten Commandment Law, as God created Nature before he created His Ten Commandment Law, Gen 1:1 *"In the beginning God created the heaven and the earth."*.

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

It is after man has been around for many generations, that God then gives the commandments to Moses, as described in Exod 24:12: *"And the LORD said unto Moses, Come up to me into the mount, and be there: and I will give thee tables of stone, and a law, and commandments which I have written; that thou mayest teach them."*. In Gen 26:5, God says this about a man who lived before the Ten Commandment Law was given to men and who thus had no knowledge of the Ten Commandment Law: *"Abraham obeyed my voice, and kept my charge, my commandments, my statutes, and my laws."*.

    The Laws of Nature was at work with Abraham and others when they made a type of contractual compact between them and God (see endnote 13 for how an agreement is a part of the Laws of Nature). God says to Noah in Gen 9:9 *"behold, I establish my covenant with you, and with your seed after you"*. The word in the verse for covenant is the Hebrew word בְּרִית briyth which Strong's Concordance defines as *"a compact (...made by passing between pieces of flesh)"* with Strong's Concordance saying that KJV translates בְּרִית briyth to *"confederacy, (con-)feder(-ate), covenant, league"* .

4      One of God's Laws is his Ten Commandment law, Deut 4:13 says *"And he declared unto you **his covenant**, which he commanded you to perform, even **ten commandments**; and he wrote them upon two tables of stone.*

    Exod 20:1-17: *"And God spake all these words, saying, I am the LORD thy God, which have brought thee out of the land of Egypt, out of the house of bondage. Thou shalt have no other gods before me. Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth: Thou shalt not bow down thyself to them, nor serve them: for I the LORD thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me; And shewing mercy unto thousands of them that love me, and keep my commandments. Thou shalt not take the name of the LORD thy God in vain; for the LORD will not hold him guiltless that taketh his name in vain. Remember the sabbath day, to keep it holy. Six days shalt thou labour, and do all thy work: But the seventh day is the sabbath of the LORD thy God: in it thou shalt not do any work, thou, nor thy son, nor thy daughter, thy manservant, nor thy maidservant, nor thy cattle, nor thy stranger that is within thy gates: For in six days the LORD made heaven and earth, the sea, and all that in them is, and rested the seventh day: wherefore the LORD blessed the sabbath day, and hallowed it. Honour thy father and thy mother: that thy days may be long upon the land which the LORD thy God giveth thee. Thou shalt not kill. Thou shalt not commit adultery. Thou shalt not steal. Thou shalt not bear false witness against thy neighbour. Thou shalt not covet thy neighbour's house, thou shalt not covet thy neighbour's wife, nor his manservant, nor his maidservant, nor his ox, nor his ass, nor any thing that is thy neighbour's."*

    In the New Testament, Jesus sums up the Ten Commandment Law with two which can be referred to the Laws of Love. They are essentially two major principles of the Laws of Nature and that is: 1. Love your Creator Supremely and 2. Do no harm to your fellow man.

    Matt 22:37-40: *"Jesus said unto him, Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind. This is the first and great commandment. And the second is like unto it, Thou shalt love thy neighbour as thyself. On these two commandments hang all the law and the prophets."*

5      When I say the Constitution in this document, I am referring to your organic Constitution for the united States of America that includes your Bill of Rights, your Declaration of Independence, and your Articles of Confederation.

6      In this document, I may quote your Constitution, Legal Codes, Laws, Rules, and Codes of Ethics made pursuant to your Constitution but me quoting from them are not a waiver of any of my rights. (See endnote 7 below)

7      Reserving my rights just so happens to be in agreement with your  Uniform Commercial Code ("UCC") in UCC 1-308.

    Your UCC 1-308, formally UCC 1-207 states "§ 1-308. Performance or Acceptance Under Reservation of Rights. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient ."

    It is my understanding that the Uniform Commercial Code ("UCC") was built on earlier uniform commercial acts such as the Uniform Negotible Instruments Law and the Uniform Sales Act. Further I understand that the UCC came together in 1942, when the The National Conference of Commissioners on Uniform State Laws (NCCUSL), also called the Uniform Law Commission ("ULC"), and the American Law Institute jointly put it together and gave it to the States about a decade later for their adoption. And that the UCC governs interstate commerce thus making it your Supreme law of the land in the face of the Supremacy clause of your Constitution.

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

On the website for the Uniform Law Commission ("ULC")  uniformlaws.org/acts/ucc, the Uniform Commercial Code (UCC) is defined as "a comprehensive set of laws governing all commercial transactions in the United States. It is not a federal law, but a uniformly adopted state law. Uniformity of law is essential in this area for the interstate transaction of business." The website goes on to say that "Because the UCC has been universally adopted, businesses can enter into contracts with confidence that the terms will be enforced in the same way by the courts of every American jurisdiction. The resulting certainty of business relationships allows businesses to grow and the American economy to thrive. For this reason, the UCC has been called 'the backbone of American commerce.'"

The UCC code also gets its power from the "consent of the governed" as it a law of contracts, and contracts are based on consent. As such I do not consent to waive any rights which again  just so happens to be in agreement with your UCC. These statements do not mean in any way that I agree that I am governed by the UCC.

8       Your government bi-laws, also known as your organic Constitution for the united States of America and the Constitution of the territory that this courtroom sits in, your Massachusetts Constitution both indicate that the Judicial adjudicator should be Independent and Impartial.

Article III, section 1 of the Constitution for the united States of America: *"The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office."*

Article XXIX. *It is essential to the preservation of the rights of every individual, his life, liberty, property, and character, that there be an impartial interpretation of the laws, and administration of justice. It is the right of every citizen to be tried by judges as free, impartial and independent as the lot of humanity will admit. It is, therefore, not only the best policy, but for the security of the rights of the people, and of every citizen, that the judges of the supreme judicial court should hold their offices as long as they behave themselves well; and that they should have honorable salaries ascertained and established by standing laws. [See Amendments, Arts. XLVIII, The Initiative, II, sec. 2, and The Referendum, III, sec. 2, LXVIII and XCVIII.]*

For information on the Article I courtroom vs. the Article III courtroom and on Magistrates see endnote 32.

If this matter is about me, the man, as the Magistrate has alleged (see point 12. of this document) then I have a right to an impartial adjudicator.

9       One of your Judges made this statement in a court case - U.S. v. Holzer, 816 F.2d 304, 307 (7th Cir. 1987):  *"Fraud in its elementary common law sense of deceit — and this is one of the meanings that fraud bears in the statute, see United States v. Dial,757 F.2d 163, 168 (7th Cir. 1985) — includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them he is guilty of fraud."*

Silence is Fraud when there is a duty to speak.  One of your Judges made this statement in a court case - Morrison v Acton, 198 P.2d 590, 68 Ariz. 27 (1948): *"Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth."*. One of your Judges made this statement in a court case - Batty v Arizona State Dental Board, 112 P.2d 870, 57 Ariz. 239. (1941). *"Fraud may be committed by a failure to speak when the duty of speaking is imposed as much as by speaking falsely."*

Where there is a duty to act, silence is acceptance. One of your Judges made this statement in a court case - Golden Eagle Ins. Co. v Foremost Ins. Co. (1993) 20 CA4th, 1372, 1385, 25 CR2d 242: *"An acceptance of an offer may be inferred from inaction in the face of a duty to act"*.

One of your Judges made this statement in a court case - U.S. vs. Throckmorton, 98 US 61, at pg. 65: *"FRAUD vitiates the most solemn Contracts, documents and even judgments.".*

A maxim of law states: *Qui non negat, fatetur* He who does not deny, admits (Trayner, Maxim 503)

A maxim of law states: *"Concealment of the truth is (equivalent to) a statement of what is false."*

Your ABA Code of Professional Responsibility DR 1-102 – (A)(4) says, *"A lawyer shall not... Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation."*

It is fraud upon the court when a judicial officer of the court, including but not limited to an attorney, is involved in the fraud, when it causes the court itself to be partial making the judicial machinery itself tainted, and/or when the fraud is in an attempt to force the jurisdiction of the court, among other things.

One of your Judges have said that fraud upon the court, is where the alleged misconduct affected the integrity of

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

the judicial process, **either because the court itself was defrauded** or because **the misconduct was perpetrated by officers of the court.**

> *"'Fraud upon the court' should, we believe, embrace only that species of fraud which does or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in the usual manner its impartial task of adjudging cases that are presented for adjudication. 7 J. Moore & J. Lucas, supra, p 60.33, at 515. Robertson's argument that Warren's misconduct subverts the integrity of the judicial process appears to fit neatly within the confines of this rationale. See H.K. Porter Co. Inc. v. Goodyear Tire & Rubber Co., 536 F.2d 1115, 1119 (6th Cir. 1976) (dicta) ("Since attorneys are officers of the court, their conduct, if dishonest, would constitute fraud on the court."); Kupferman v. Consol. Research & Mfg. Corp., 459 F.2d 1072, 1079 (2d Cir. 1972) (an attorney might commit fraud upon the court by instituting an action "to which he knew there was a complete defense")."*

Alexander v. Robertson, 882 F.2d 421,424 (9th Cir. 1989)

One of your Judges made this statement in a court case - Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985): *"Fraud on the court (other than fraud as to jurisdiction) is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury...It is thus fraud where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function — thus where the impartial functions of the court have been directly corrupted."*

In reference to fraud as to jurisdiction, in one of your court cases, Lehigh Mining and Man'f'g Co. v. Kelly, 160 U.S. 327, 339 (1895), the Judge determined that the stockholders of the Virginia company who organized a Pennsylvania corporation and then conveyed the lands into the new corporation for the purpose of creating a case for the Federal court was considered to be a "mere device to give jurisdiction" and "fraud upon that court".

> *"The arrangement by which, without any valuable consideration, the stockholders of the Virginia corporation organized a Pennsylvania corporation and conveyed these lands to the new corporation for the express purpose — and no other purpose is stated or suggested — of creating a case for the Federal court, must be regarded as a mere device to give jurisdiction to a Circuit Court of the United States and as being, in law, a fraud upon that court, as well as a wrong to the defendants. Such a device cannot receive our sanction. The court below properly declined to take cognizance of the case."*

The Bible says the following about fraud:

Exod 20:16 *"Thou shalt not bear false witness against thy neighbour."*, Lev 19:11 *"Ye shall not steal, neither deal falsely, neither lie one to another."*, Prov 19:9 *"A false witness shall not be unpunished, and he that speaketh lies shall perish."*, Mark 10:19 *"Thou knowest the commandments, Do not commit adultery, Do not kill, Do not steal, Do not bear false witness, **Defraud not**, Honour thy father and mother."*

10    If men attempt to compel me to do as they wish, against my will, like I am their horse or some other animal that they have dominion over, it is considered to be slavery or involuntary servitude because they do not have my consent. Your Constitution prohibits this as it says in an excerpt from the Thirteenth Amendment of the Constitution for the united States of America: *Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.*

Additionally those who wish to restrict my rights without my consent are not justified and are acting under the color of authority as your Declaration says that *"just powers"* comes from the *"consent of the governed"*.

> *"If men, through fear, fraud, or mistake should in terms renounce or give up any natural right, the eternal law of reason and the grand end of society would absolutely vacate such renunciation. The right to freedom being a gift of ALMIGHTY GOD, it is not in the power of man to alienate this gift and voluntarily become a slave."* Samuel Adams, 1772.

Where there is force or deceit there is no agreement and one of your Judges made this statement in a court case about one agreeing to waive a right - Brady v. United States, 397 U.S. 742, 748 (1970): *"Waivers of constitutional rights not only must be voluntary but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences."*

Maxim of Law: *Actus me invito factus, non est meus actus.* An act done by me against my will, is not my act.

Maxim of Law: He who mistakes is not considered as consenting.

11    See endnote 3

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

12      Rom 13:1 *"Let every soul be subject unto the higher powers. For **there is no power but of God**: the powers that be are ordained of God."*

2Cor 5:10 *"For **we must all** appear before the judgment seat of Christ; that every one may receive the things done in his body, according to that he hath done, whether it be good or bad."*

Matt 16:27 *"For the Son of man shall come in the glory of his Father with his angels; and then he shall reward every man according to his works."*

Isa 13:11 *"And I will punish the world for their evil, and the wicked for their iniquity; and I will cause the arrogancy of the proud to cease, and will lay low the haughtiness of the terrible."* For information on God's laws being Supreme, see endnote 13 below.

13      God's Laws are Supreme with all men being subjected to them.

All men are subjected to God's Laws such as His Ten Commandments and Laws of Love and are deemed to be sinners by God receiving the consequences for their sins if they do not accept the equitable remedy provided by Him (see endnote 4 for the Ten Commandments). The bible tells us in 1John 3:4 that *"sin is the transgression of the law."*. It then goes on to say that all men are sinners in Rom 3:23, *"[f]or all have sinned, and come short of the glory of God"*, and that as a result, all men face the consequences of sin in Rom 5:12, *"Wherefore, as by one man sin entered into the world, and death by sin; **and so death passed upon all men**, for that all have sinned"*.

All men will suffer the consequences for violating God's Laws unless he partakes in the equitable remedy that God has provided in Jesus Christ, Rom 6:23 *For the wages of sin is death; but the gift of God is eternal life through Jesus Christ our Lord* and John 3:16-17 *"For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life. For God sent not his Son into the world to condemn the world; but that the world through him might be saved."*

**All men are also subjected to God's Laws of Nature**. An example of and evidence of this fact being that a Law of nature tells us that men have to eat to live, so if there is a man that chooses not to obey that mandate by not eating, he will perish. It is an observable fact that men do not want to be injured nor do they want to die so they sustain their life through eating and other necessary processes. Consent, agreement, compact, covenant, or contract law, ( all conveying the same idea here) is a part of the Law of Nature because what would usually be a violation of that Law such as starving a man is not considered a violation if that man consented to that behavior, say to solicit help for weight loss. A consent, is an allowable exception that exists in the Law of Nature that would make what would otherwise be a violation of the Law no longer a violation.

14      You are ministers to God because God appointed you as ministers. Rom 13:1-6: *"Let every soul be subject unto the higher powers. For there is no power but of God: **the powers that be are ordained of God**. Whosoever therefore resisteth the power, resisteth the ordinance of God: and they that resist shall receive to themselves damnation. For rulers are not a terror to good works, but to the evil. Wilt thou then not be afraid of the power? do that which is good, and thou shalt have praise of the same: **For he is the minister of God to thee for good**. But if thou do that which is evil, be afraid; for he beareth not the sword in vain: **for he is the minister of God**, a revenger to execute wrath upon him that doeth evil. Wherefore ye must needs be subject, not only for wrath, but also for conscience sake. For for this cause pay ye tribute also: **for they are God's ministers, attending continually upon this very thing.**"*

1Pet 2:13-16 *"Submit yourselves to every ordinance of man for the Lord's sake: whether it be to the king, as supreme; Or unto governors, as unto them that are sent by him **for the punishment of evildoers, and for the praise of them that do well**. For so is the will of God, that with well doing ye may put to silence the ignorance of foolish men: As free, and not using your liberty for a cloke of maliciousness, but as the servants of God."*

First God says that submission to any "ordinance of man" or that is to man's government is conditional with that condition being as long as the submission does not conflict with God's sake. In the text it says submission is "for the Lord's sake" and In the Greek, the word for in this verse means G1223 διά dia which means according to Strong's: 1. through. 2. throughout. 3. on account of (that thing). 4. (of time) after (i.e. through the fullness of or completion of). 5. (as a prefix) thorough, thoroughly. Thus the meaning of the verse is submission to an ordinance is on account of the Lord's sake, therefore anything that conflicts with God's authority and/or wishes does not require submission.

The text goes on to say that governors exercise their authority under certain conditions. In the text, those conditions are said to be "for the punishment of evildoers", that is punishing the guilty, and "for the praise of them that do well", that is freeing the innocent; not the other way around. If a governor, punish them that do well, that is punish the innocent, or praise evildoers, that is praise or free the guilty, or both, he is not operating under the conditions of which he has the authority that

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

God has entrusted him with. He is then an evildoer himself.

*The government's authority is again spoke of in Rom 13:3-4 "For rulers are not a terror to good works, but to the evil. Wilt thou then not be afraid of the power? do that which is good, and thou shalt have praise of the same: **For he is the minister of God to thee for good**. But if thou do that which is evil, be afraid; for he beareth not the sword in vain: **for he is the minister of God, a revenger to execute wrath upon him that doeth evil**."* A government official that does anything other than what God has appointed him to do is no longer a minister of God.

15      You are ministers to the people because the people created you and entrusted you with your powers.

Excerpt from the Declaration of Independence of the united States of America, July 4, 1776: *"That to secure these rights, **Governments are instituted among Men**, deriving their **just powers from the consent of the governed**, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their safety and happiness."*

The Ninth Amendment of the Constitution for the united States of America: ***"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."***

The Tenth Amendment of the Constitution for the united States of America: ***"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."***

Massachusetts Constitution, PART THE FIRST, A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts, Article V: ***All power residing originally in the people**, and being derived from them, the several magistrates and officers of government, vested with authority, whether legislative, executive, or judicial, are their substitutes and agents, and are at all times accountable to them.*

Massachusetts Constitution, PART THE FIRST, A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts, Article IV. ***The people of this commonwealth have the sole and exclusive right of governing themselves, as a free, sovereign, and independent state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, which is not, or may not hereafter, be by them expressly delegated** to the United States of America in Congress assembled.*

Massachusetts Constitution, PART THE FIRST, A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts, Article VII: ***Government is instituted for the common good; for the protection, safety, prosperity and happiness of the people**; and not for the profit, honor, or private interest of any one man, family, or class of men: **Therefore the people alone have an incontestable, unalienable, and indefeasible right to institute government; and to reform, alter, or totally change the same, when their protection, safety, prosperity and happiness require it**.*

A Maxim of Law states: *Derivata potestas non potest esse major primitiva* – The power which is derived cannot be greater than that from which it is derived. See endnote 14 for how government officials get their authority from God.

16      See endnote 14 above

17      See endnote 14 above

18      See endnote 13 for the consequences of breaking God's Laws.

19      No government official is above the law and it is impossible for them to be so since they function within the law using the law as their guide. The law tells them when they can act and when they have authority and that same law tells them when they can't act and when they don't have authority. When a government officer acts outside of the authority of their position and uses their position to injure another, it is only correct within the Laws of Nature and your own laws that are in harmony with the Laws of Nature, that that officer himself be prohibited from continuing to inflict injury and that he is required to make whole the one whom he has injured. Because the government officer who caused said injury is acting without authorization, they are no longer acting as a representative of a government or of anything else but themselves.

One of your Judges made this statement in a court case - U.S. v. Stewart, 234 F. Supp. 94, 99 (D.D.C. 1964): **"The officer may be sued** only **if he acts in excess** of his statutory authority or in violation **of the Constitution for then he ceases to represent the Government."**

One of your Judges made this statement in a court case - United States v. Lee, 106 U.S. 196, 220 (1882): *"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

*officers of the government, from the highest to the lowest, are creatures of the law, and are bound to obey it".*

*It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives."*

See also endnotes 20 and 21 below.

20     One of your Judges made this statement in a court case - Gallegos v. Haggerty, 689 F. Supp. 93, 104 (N.D.N.Y. 1988): *"Personal involvement in the deprivation of constitutional rights is a prerequisite to an award of damages... A defendant may be personally involved in a constitutional deprivation in several ways: (1) direct participation; (2) failure to remedy the wrong after learning about it; (3) creation of a policy or custom under which unconstitutional practices occur; or (4) gross negligence in managing subordinates who caused the violation."*

your ABA Code of Professional Responsibility, EC 7-13 says, *"The responsibility of a public prosecutor differs from that of the usual advocate; his duty is to seek justice, not merely to convict. This special duty exists because: (1) the prosecutor represents the sovereign and therefore should use restraint in the discretionary exercise of governmental powers, such as in the selection of cases to prosecute; (2) during trial the prosecutor is not only an advocate but he also may make decisions normally made by an individual client, and those affecting the public interest **should be fair to all**; and (3) in our system of criminal justice **the accused is to be given the benefit of all reasonable doubts**. With respect to evidence and witnesses, the prosecutor has responsibilities different from those of a lawyer in private practice: the prosecutor should make timely disclosure to the defense of available evidence, known to him, that tends to negate the guilt of the accused, mitigate the degree of the offense, or reduce the punishment. Further, a prosecutor **should not intentionally avoid pursuit of evidence** merely because he believes it will damage the prosecutor's case or aid the accused."* And your rule 3.8: Special Responsibilities of a Prosecutor says, *"(a) refrain from prosecuting a charge that the prosecutor knows is not supported by probable cause;" and "(h) When a prosecutor knows of clear and convincing evidence establishing that a defendant in the prosecutor's jurisdiction was convicted of an offense that the defendant did not commit, the prosecutor shall seek to remedy the conviction."*

21     Your Constitution does not give government officials the authority to arbitrarily restrict rights see the Ninth and Tenth Amendments of the Constitution for the united States of America in endnote 15 and see also endnote 19.

Your 18 U.S.C. § 242 says: *"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

your 8 U.S.C. § 241 says: *"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

your 42 U.S. Code § 1985 says: *"if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws... If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

*securing to all persons within such State or Territory the equal protection of the laws; or...in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators."*

Your 42 U.S. Code § 1986 says: *"Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action"*

the court is geographically located on the territory of Massachusetts State soil and thus falls under its jurisdiction. Massachusetts codes says in G.L. c. 265 § 37: *"No person, whether or not acting under color of law, shall by force or threat of force, willfully injure, intimidate or interfere with, or attempt to injure, intimidate or interfere with, or oppress or threaten any other person in the free exercise or enjoyment of any right or privilege secured to him by the constitution or laws of the commonwealth or by the constitution or laws of the United States. Any person convicted of violating this provision shall be fined not more than one thousand dollars or imprisoned not more than one year or both; and if bodily injury results, shall be punished by a fine of not more than ten thousand dollars or by imprisonment for not more than ten years, or both."*

Massachusetts codes says in G.L. c. 274, § 7: *"Any person who commits the crime of conspiracy shall be punished"*

22      On slavery see endnote 10

23      You Constitution states in Article III, section 2 that *"The judicial power shall extend to **all cases, in law and equity**"* of the Constitution. Thus the Article III Judge must dispose of the matter in Equity.

24      This statement is in response to what was written in  my Affidavit of Facts or "July's affidavit": "I can attest that the United States Assistant Attorney,  John T Mulcahy, was asked in a Demand for a bill of particulars, to identify 'on what authority' is he 'proceeding to act to represent 'United States of America' /aka/ 'ratification of commencement' --FRCP 17?' and that he refused to answer said questions with his silence being confusing and misleading, as silence being evidence of fraud, see endnote 9. Thus I'm without proof that he has any standing or authority to proceed to act to represent the united States of America and I refute any presumptions that he does as false." Additionally, as the United States and the United States of America (the compact of the republic States) are foreign to each other, I am without proof or evidence that the U.S. Assistant Attorney, or prosecutor, has a power of attorney or foreign registration to act to represent the united States of America and thus has no standing. Thus this presumption stands unless it is proven otherwise. See also point 25 below.

25      Unrefuted statements made in affidavits stand as truth.

One of your Judges made this statement in a court case – David Lawrence Poole v. State of Alabama CR-05-1846 decided: May 25, 2007: *"Moreover, Poole's claim is sufficiently pleaded to satisfy the pleading requirements in Rule 32.3 and Rule 32.6(b), and his factual allegations were unrefuted by the state; therefore, they must be accepted as true." See Bates v. State, 620 So.2d 745. 746 (Ala. Crim. App 1992) (\* When the States does not respond to a petitioner's allegations, the refuted statement of facts must be taken as true.), Quoting Smith v. State, 581 So.2d 1283, 1284 (Ala. Crim. App 1991). "In addition, his claim is not precluded by any of the provisions of rule 32.2.5 because his claim is not barred, is sufficiently pleaded, and is unrefuted by the state. Poole is entitled to an opportunity to prove his claim."*

*"Court of appeals may not assume the truth of allegations in a pleading which are contradicted by affidavit where affidavits are directly conflicting on material points. It is not possible for the district judge to weigh the affidavits in order to resolve disputed issues; except in those rare cases where the facts alleged in an affidavit are inherently incredible, and can be so characterized solely by a reading of the affidavit, the district judge has no basis for a determination of credibility."* – Data Disc, INC v. System Tech Assocs., Inc 557 F.2d 1280 (9ᵗʰ Cir. 1977)

26      Where there is a duty to act, silence is acceptance. One of your Judges made this statement in a court case - Golden Eagle Ins. Co. v Foremost Ins. Co. (1993) 20 CA4th, 1372, 1385, 25 CR2d 242: *"An acceptance of an offer may be inferred from inaction in the face of a duty to act".*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

A maxim of law states: *Qui non negat, fatetur* He who does not deny, admits (Trayner, Maxim 503)
See also endnote 9 about silence and fraud.

27      28 U.S. Code § 530B - Ethical standards for attorneys for the Government
(a)An attorney for the Government shall be subject to State laws and rules, and local Federal court rules, governing attorneys in each State where such attorney engages in that attorney's duties, to the same extent and in the same manner as other attorneys in that State.
(b)The Attorney General shall make and amend rules of the Department of Justice to assure compliance with this section.
(c)As used in this section, the term "attorney for the Government" includes any attorney described in section 77.2(a) of part 77 of title 28 of the Code of Federal Regulations and also includes any independent counsel, or employee of such a counsel, appointed under chapter 40.
        Massachusetts Rules of Professional Conduct Rule 4.1
In the course of representing a client a lawyer shall not knowingly:

(a) make a false statement of material fact or law to a third person; or

(b) fail to disclose a material fact to a third person when disclosure is necessary to avoid assisting a criminal or fraudulent act by a client, unless disclosure is prohibited by Rule 1.6.
        Massachusetts Rules of Professional Conduct Rule 8.4
It is professional misconduct for a lawyer to:

(a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another;

(b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

**(c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;**

(d) engage in conduct that is prejudicial to the administration of justice;

(e) state or imply an ability (1) to influence improperly a government agency or official or (2) to achieve results by means that violate the Rules of Professional Conduct or other law;

(f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law;

(g) fail without good cause to cooperate with the Bar Counsel or the Board of Bar Overseers as provided in S.J.C. Rule 4:01, § 3 ; or

(h) engage in any other conduct that adversely reflects on his or her fitness to practice law.
        Massachusetts Rules of Professional Conduct Rule 1.2(d)
A lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows is criminal or fraudulent, but a lawyer may discuss the legal consequences of any proposed course of conduct with a client and may counsel or assist a client to make a good faith effort to determine the validity, scope, meaning, or application of the law.
        For ABA Code of Professional Responsibility DR 1-102 – (A)(4), see endnote 9

28      Prov 1:10 *"My son, if sinners entice thee, consent thou not."*
        I as a man belong to God and am a citizen of God under His house as stated in Eph 2:18-19 *"For through him we both have access by one Spirit unto the Father. Now therefore ye are no more strangers and foreigners, but **fellowcitizens** with the saints, and of the household of God;"* and Gal 3:26-29 *"For ye are all the children of God by faith in Christ Jesus. For as many of you as have been baptized into Christ have put on Christ. There is neither Jew nor Greek, there is neither bond nor free, there is neither male nor female: **for ye are all one in Christ Jesus.** And if ye be Christ's, then are ye*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

*Abraham's seed, and heirs according to the promise."* And because of this God has told me in Matt 6:24 that *"No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon."* and in Exod 20:1-3 that: *"And God spake all these words, saying, I am the LORD thy God, which have brought thee out of the land of Egypt, out of the house of bondage. Thou shalt have no other gods before me."* and in Rom 6:16 *"Know ye not, that to whom ye yield yourselves servants to obey, his servants ye are to whom ye obey; whether of sin unto death, or of obedience unto righteousness?"*

I am and this planet is God's property see Gen 1:1 and Genesis 2:7 in endnote 2. Then Luke 20:25 says *"Render therefore unto Caesar the things which be Caesar's, and unto God the things which be God's."*

Acts 5:29 *"Then Peter and the other apostles answered and said, We ought to obey God rather than men."*

Rev 18:1-4 *"And after these things I saw another angel come down from heaven, having great power; and the earth was lightened with his glory. And he cried mightily with a strong voice, saying, Babylon the great is fallen, is fallen, and is become the habitation of devils, and the hold of every foul spirit, and a cage of every unclean and hateful bird. For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies. And I heard another voice from heaven, saying, **Come out of her, my people, that ye be not partakers of her sins**, and that ye receive not of her plagues."*

2Cor 6:14-18 *"Be ye not unequally yoked together with unbelievers: for what fellowship hath righteousness with unrighteousness? and what communion hath light with darkness? And what concord hath Christ with Belial? or what part hath he that believeth with an infidel? And what agreement hath the temple of God with idols? for ye are the temple of the living God; as God hath said, I will dwell in them, and walk in them; and I will be their God, and they shall be my people. Wherefore **come out from among them, and be ye separate, saith the Lord,** and touch not the unclean thing; and I will receive you, And will be a Father unto you, and ye shall be my sons and daughters, saith the Lord Almighty."*

Rev 13:11-18 *"And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed. And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men, And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast; saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live. And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast should be killed. And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads: And that **no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name**. Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is **Six hundred threescore and six [666]**."* The origin of the registration of the birth is from the Cestui Que Vie Act **1666** this contains the number of the name of the beast. See endnote 1 for more on the defendant and my denial of being the defendant.

29    In a hearing the Magistrate Judge David H. Hennessy intimated that they have jurisdiction of me a man by saying that it is me that is being charged (that is with crimes) in response to me stating on the record that it is an Estate that is being adjudicated. I offered to submit a memorandum of law to explain my statement but as evidence of willful blindness, the Magistrate Judge refused the offer. See point 120. of this document.

It is my understanding that at that time, the Magistrate was acting as a lawyer in the proceeding as he was doing the job of the plaintiff's representation. One of your Judges made this statement in a court case – Ballard v. Rawlins, 101 Ill. App. 3d 601, 604 (Ill. App. Ct. 1981): *"Where jurisdiction is denied by the defendant, the burden of proving its presence rests upon the party asserting it."* Although this case is speaking of the defendant the principle still remains that I deny being the defendant thus the burden of proof rests upon the plaintiff to prove otherwise.

One of your Judges made this statement in a court case – Cohens v. Virginia, 19 U.S. 264, 404 (1821): *" We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. "*

Your rules prohibit a Magistrate or a Judge from "acting as a lawyer in the proceeding". Your Title 28, United States Code, Section 455 states: *"Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding **in which his impartiality might reasonably be questioned.**"* (b)(5)(ii): *"He shall also disqualify himself in the following circumstances: (5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person: (ii) Is **acting as a lawyer in the proceeding**"*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

Your Code of Conduct for your United States Judges, Canon 3 Section (C)(1)(b) says: *"A judge shall disqualify himself or herself in a proceeding in which the **judge's impartiality might reasonably be questioned**, including but not limited to instances in which: the judge served as a lawyer in the matter in controversy, or a lawyer with whom the judge previously practiced law served during such association as a lawyer concerning the matter, or the judge or lawyer has been a material witness;"* and Section (C)(1)(d)(ii) *"the judge or the judge's spouse, or a person related to either within the third degree of relationship, or the spouse of such a person is: **acting as a lawyer in the proceeding;"***

30      The First Amendment of your organic Constitution for the united States of America states: *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."*

31      There are Procedural processes in connection to this matter, such as the Order Granting Conditions of Release and the seizure of property that are derived from the Comprehensive Crime Control Act of 1984.
        It is my understanding that, despite Congress's seeming attempt to circumvent its prohibition on bill of attainder through its tribunals, the Article I courtroom, of which the court is, is still an extension of Congress (see endnote 32 below), and thus the prohibition on bill of attainder applies to it. Article I, section 9, clause 3 of the Constitution for your united States of America states: *"No bill of attainder or ex post facto Law shall be passed"* and the Comprehensive Crime Control Act of 1984 is a bill of attainder. It is a bill of attainder because it violates the rights of a man, punishing him for a crime as if he is guilty without a trail or a conviction. Many of the Procedural processes in connection to this matter, such as the Order Granting Conditions of Release and the seizure of property originate from the Comprehensive Crime Control Act of 1984, and the ACT is a bill of attainder.
        The *Comprehensive Crime Control Act of 1984* or "CCCA" is an ACT that incentives the robbing of property from a man by the government under the guise of crime fighting and by calling it dressed up terminology like "civil forfeiture". The CCCA has set up an arrangement where local agencies can share in the spoils derived from the confiscation of a man's property when they act as a joint task force or investigation with the Federal Government. In the Federal Government's sharing of the proceeds from the "civil forfeiture" with the State Government, it is termed "the Equitable Sharing Program", with the State receiving up to 80 percent of the proceeds. The Equitable Sharing Program is a type of collaboration between the Federal and State government in order for the State to help the Federal government in their investigation of a man suspected of a crime.
        With joint task forces and investigations, Equitable Sharing involve multiple agencies across different jurisdictions with the distribution of the proceeds being according to each agency's contribution. With the CCCA, instead of government officials serving and protecting the people, they are incentivized to steal property from the people, with the majority of the money seized going to fund their enterprise.
        Without knowingly, willingly, and voluntarily consent from a man, the CCCA promotes gross, tyrannical, government overreach because a man who finds himself a victim of this ACT is up against all government entities on every level with their vast resources. In the absence of knowingly, willingly, and voluntarily consent from a man, as a blatant violation of your 13th amendment, a conviction is not necessary for the man's liberty to be restricted, his property taken, and for him to be targeted by these government agencies. It slavery and oppression and I have been subjected to such attacks on both the Federal and the State government level. I have been subjected to government abuse and my property and liberty being taken, without a concrete injury to anyone, and without a conviction. It is involuntary slavery because all of this is done without my consent. See endnote 10 on slavery.

32      It is fraud because the Order is to conceal the violation of a right and *"fraus est celare fraudem. **It is a fraud to conceal a fraud**. 1 Vern. 270."* Bouvier's Maxims of Law 1856. Your Constitution makes it plain in your fifth amendment restraint that *"[n]o person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury"*. I was held, per my understanding as surety for the defendant, without an indictment, which is a tort and a violation of your due process. Your Order seems to be some kind of implied waiver, without a full disclosure, to that tort thereby making it fraudulent. The Order itself is also the violation of a rights see endnote 33 below.
        The Order is unlawful because it violates separation of powers and indicated by your constitution as it was issued by a Congressional Agent. It is my understanding that your Constitution for the united States of America, declared to be your Supreme Law, separates the powers of your government into three distinct departments. Articles I-III outlines the departments' authority, with Article I outlining the legislative, or the power to make law, Article II outlining your executive,

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

or the power to administer or put into effect the law, and Article III outlining your judicial, or the power to judge disputes concerning the law. It is my understanding that your government was set up this way as a system of checks and balances with no one branch allowed to exercise the power of the other branches.

The prohibition on the branches from exercising the authority of the other branches can be clearly seen and understood in State's Constitution such as the Massachusetts Constitution. In Article XXX of the Massachusetts Constitution, PART THE FIRST, A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts it reads, *"In the government of this commonwealth, the legislative department shall never exercise the executive and judicial powers, or either of them: the executive shall never exercise the legislative and judicial powers, or either of them: the judicial shall never exercise the legislative and executive powers, or either of them:* **to the end it may be a government of laws and not of men.***"*

Article I, section 8, clause 9 of the Constitution for the united States of America says that *"The Congress shall have power . . . to constitute Tribunals inferior to the Supreme Court;"* however, it is apparent that these tribunals are nothing more than a type of internal affairs courts because your Constitution does not indicate that these Tribunals are the Judiciary. When describing your Judiciary, your Constitution defines it as independent of the other two branches of government in Article III, section 1 of the Constitution for the united States of America stating that, *"The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office."*

It can be rightly said that any court that is not the Judiciary as defined by your Constitution is nothing more than an internal affairs court and has no jurisdiction over people who are not subjected to those affairs. This includes the Article I Tribunals as the Constitution gave no authority to these Tribunals to judge disputes concerning the Law as that would not be a separation of power. Power that was not given to your government, your government does not have, see the Tenth Amendment in endnote 15.

Congress created Magistrates in the enactment of The Federal Magistrates Act of 1968 to replace masters and commissioners. As the Magistrate Judge is not a real judge, he can't dispose of the case (see The Federal Magistrates Act of 1968, codified Provisions in Title 28, United States Code, Chapter 43, United States Magistrates § 646(b)(1)(a)), and he can't make any determinations, thus it is my understanding that he can't make orders. The Magistrate can refer the case back to the Article III Judge with recommendations so the Judge can make a determination and dispose of the matter if its warranted. Albeit, it would not be in the best interest of the Magistrate to do so because when his salary is determined or "fixed", "consideration" is " given to the average number and the nature of matters that have arisen during the immediately preceding period of five years, and that may be expected thereafter to arise, over which such officer [Magistrate] would have jurisdiction " (Federal Magistrates Act of 1968, codified Provisions in Title 28, United States Code, Chapter 43, United States Magistrates § 634(a)). Thus the Magistrate has a financial incentive to initiate cases and to move those case along.

33      The Order of which I am being forced to comply with against my will under threat of being jailed violates rights and makes the one of whom the rights are being violated, a slave. It treats one as guilty before being proven to be so. Innocent and free people can do any and all of the prohibitions in the agreement without willfully, concretely, injuring another of course. On slavery, see endnote 10.

The Order prohibits one from traveling outside of the geographic location of Massachusetts, holding one to Massachusetts, initially without an indictment. It violates the right to not being held to answer for a felony crime without an indictment as indicated in your fifth amendment. The travel prohibition also violates the right to freedom of movement and the right to migrate the States.

The Order violates the right for one to change residences of their Estate albeit there is a section in it that says that if this is done, the government must be noticed. Since this is an alleged Federal case, the prohibition of not being able to change residences or leave the state is meritless. However it makes sense in the notion that if one changes the residence of the Estate out of the District and/or State, the Commissioner can loose his perceived jurisdiction over the matter as it is my understanding that 28 U.S. Code § 636 has determined that the Magistrate Judge's jurisdiction is *"within the district in which sessions are held by the court that appointed the magistrate judge"*.

The Order violates the right to effective assistance of counsel as it prohibits one from doing things that would enable one to afford such counsel and the Order violates the right to preserve life as it prohibits the use of plant oil that I used to treat my Cancer. The Order may violate more rights than what is mention herein see point 49 in the Affidavit of Facts filed in the docket on about July 14, 2021 for more information on these points.

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

I do not consent to the Order as it is unconscionable. One of your Judges made this statement in a court case - Franklin Fire Insurance v. Noll, 115 Ind. App. 289, 294 (Ind. Ct. App. 1945): *"An unconscionable contract has been defined to be such as no sensible man not under delusion, duress or in distress would make and such as no honest and fair man would accept."* On slavery, see endnote 10.

The Order interferes with my Creator God's commands to me for me to sustain my life among other things.

Maxim of Law: *Ex malificio non oritur contractus.* A contract cannot arise out of an act radically wrong and illegal. Broom's Max. 851.

34   Your 42 U.S. Code § 1986 makes one a party to the conspiracy if they fail to remedy the situation after learning about it and Massachusetts's G.L. c. 274, § 7 prohibits conspiracy, see endnotes 20 and 21.

35   Unauthorized injury is anything that the law prohibits. Your law that lays out the authority and restrictions for your government officials is your Constitution for the united States of America. Your Constitution prohibits your government from arbitrarily causing injury to men and arbitrarily restricting their rights. See endnotes 19-21.

36   There was an oral notice to the government because at the probable cause hearing, it was mentioned that there was a fifth amendment violation in connection to the matter, the law that the Agent alleges was violated didn't exist, there was no injured party, and there was no diversification of citizenship of any injured party i.e. a lack of what you would call personal jurisdiction, and no first hand witnesses present (on more of no witnesses, see points 43.-45. of this document). Other violations of rights were mentioned in the Notice sent on June 18, 2021, see points 112. and 181. of this document.

37   The warrant was not issued by nor signed by an impartial, independent, adjudicator as described in Article III of your Constitution but was signed by a Court Official of the Article I courtroom, an arm of the legislature that violates the separation of powers as described by your Constitution, thus the warrant is invalid. On Magistrates and the Article I courtroom See endnote 32. For other reasons that the warrant was invalid see also points 38.-39. and 46. of this document. For the Fourth Amendment that prohibits government intrusions without a warrant see endnote 39 below.

38   There was no probable cause because there was no violation of a law when it comes to Operating an Unlicensed Money Services Business as Title 18 USC 1960 does not apply to the case and then the other code as it was alleged to have been violated by the Agent, 18 USC 1956 money laundering is a tort. This is in addition to the Agent's Affidavit containing misrepresentation see point 46. of this document.

39   The Fourth Amendment of your organic Constitution for the united States of America prohibits government intrusions without a warrant, it states that: *"[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

40   The Fifth Amendment of the Constitution for the united States of America: *"[n]o person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury"; "nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law;"*

41   Excerpt from the Sixth Amendment of the Constitution for the united States of America: *"to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense."*

42   The Seventh Amendment of the Constitution for the united States of America: *"In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law."*

43   The Eighth Amendment of the Constitution for the united States of America protects against cruel and usual

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

punishment and states *"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted."*

44      It is my understanding that an oath administered over the telephone is not valid because as the law of reasoning tells us, it is impossible to verify the identity of the one who is swearing.

    1.      One of your Judges made this statement in a court case - Schmidt v. Feldman, 230 Ga. App. 500, 501 (Ga. Ct. App. 1998): *"In Carnes v. Carnes, 138 Ga. 1 ( 74 S.E. 785) (1912), the Supreme Court held that '[i]n order to make an affidavit, there must be present the officer, the affiant, and the paper, and there must be something done which amounts to the administration of an oath. There must be some solemnity, not mere telephone talk. **Long-distance swearing is not permissible.**'"*

45      On Magistrates and the Article I courtroom, see endnote 32

46      On Magistrates and the Article I courtroom, see endnote 32

47      For confronting witnesses as stated in your sixth amendment, see endnote 41

48      One of your Judges made this statement in a court case - People ex Rel. VanMeveren v. Dist. Ct., 195 Colo. 1, 3-4 (Colo. 1978) in summarizing Maestas v. Dist. Ct. (Colo. 1975), : *"**In Maestas, the only witness for the prosecution was a detective who was, at most, peripherally involved in the investigation of the case.** He was neither a key witness nor the arresting officer and all of the testimony he gave was totally hearsay and consisted mostly of information he obtained from police files. **We held that such testimony could not support the prosecutor's case in a preliminary hearing,** and we observed that the inordinate use of hearsay 'foils the protective defense against unwarranted prosecutions that preliminary hearings are designed to afford to the innocent.' In Maestas, the witness was so **unfamiliar with the case that an effective cross-examination could not be afforded the defendant, and the screening function of the preliminary hearing was rendered meaningless."***

      One of your Judges made this statement in a court case - Maestas v. Dist. Ct., 189 Colo. 443, 447 (Colo. 1975): *"**Where the prosecution exploits the use of hearsay on hearsay and establishes probable cause solely on the basis of second-hand information, the historical function of the preliminary hearing is vitiated** — that being to place before the judge evidence which establishes that probable cause exists to prove that the defendant did commit the crime charged...By our holding here, we seek fair play and substantial justice at the preliminary hearing."*

      The Agent who was questioned at the probable cause hearing stated the words that were put in quotes in this point and can be found in the transcript from discovery.

49      your Federal Rule of Criminal Procedure Pretrial Motions Rule (3) say: *"The following defenses, objections, and requests must be raised by pretrial motion if the basis for the motion is then reasonably available and the motion can be determined without a trial on the merits: (A) a motion alleging a defect in instituting the prosecution, including...selective or vindictive prosecution"*.

50      For the Eighth Amendment see endnote 43

51      28 U.S. Code § 1865 - Qualifications for jury service
(b)In making such determination the chief judge of the district court, or such other district court judge as the plan may provide, or the clerk if the court's jury selection plan so provides, shall deem any person qualified to serve on grand and petit juries in the district court unless he—
      (1)is not a citizen of the United States eighteen years old who has resided for a period of one year within the judicial district;

52      Your judges have made these statements in court cases;
"It is a cardinal principle applied in every jurisdiction that in the selection of grand juries the selection must be made fairly, honestly and impartially, and without systematic, arbitrary and purposeful design to discriminate against any

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

qualified citizen or class of citizens," State v. Jones, 45 Haw. 247, 253 (Haw. 1961)

"Principles which forbid discrimination in the selection of Petit Juries also govern the selection of Grand Juries." Pierre v. Louisiana, 306 U.S. 354, 362 (1939)

"The right to a jury trial under our system of jurisprudence implies a trial by an impartial, unbiased and qualified jury" Alexander v. Grier Sons Co., 181 Md. 415 (Md. 1943)

A purpose to discriminate must be present which may be proven by systematic exclusion of eligible jurymen of the proscribed race or by unequal application of the law to such an extent as to show intentional discrimination. Cf. Snowden v. Hughes, 321 U.S. 1, 8. Any such discrimination which affects an accused will make his conviction unlawful. Akins v. Texas, 325 U.S. 398, 403-04 (1945)

The points involved in the issue under consideration are clearly stated in 24 Am. Jur., Grand Jury, § 27, pp. 851-2: "It is generally recognized that an intentional discrimination against a race or class of persons, solely because of their race or class, by officers in charge of the selection and summoning of grand jurors in a criminal case is a violation of the constitutional rights of an accused which violation is not excused by the fact that the persons actually selected for jury service possess the necessary qualifications for jurors as prescribed by statute.
State v. Jones, 45 Haw. 247, 252-53 (Haw. 1961)

53    Your judges have made these statements -: *"Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state." Crosse v. Bd. of Supvr,s of Elections, 221 A.2d. 431 (1966)*

... citizens of the District of Columbia were not granted the privilege of litigating in the federal courts on the ground of diversity of citizenship. Possibly no better reason for this fact exists than such citizens were not thought of when the judiciary article [III] of the federal Constitution was drafted. ... citizens of the United States** ... were also not thought of; but in any event a citizen of the United States**, who is not a citizen of any state, is not within the language of the [federal] Constitution. Pannill v. Roanoke, 252 F. 910, 914 (1918)

"There is a recognized distinction between citizenship of the United States and citizenship of a particular State , and a person may be the former without being the latter . Slaughterhouse Cases, 16 Wall. 36, 21 L.Ed. 394." Alla v. Kornfeld, 84 F. Supp. 823, 824 (N.D. Ill. 1949)

"That there is a citizenship of the United States and a citizenship of a state , and the privileges and immunities of one are not the same as the other is well established by the decisions of the courts of this country ." Tashiro v. Jordan, 201 Cal. 236, 246 (Cal. 1927).

See also endnote 1 for more on the difference of citizenships.

54    Even if Congress passed a law determining bitcoin to be funds or money, it would still not be lawful because the Constitution does not give congress such authority. And neither does it give such authority to its tribunals nor to the judiciary. The Constitution has already defined what money is and Congress's role when it comes to money. For more information See endnote 63

55    One of your Judges made this statement in a court case - HALE v. HENKEL 201 U.S. 43 at 89 (1906): *"The individual may stand upon his constitutional rights as a citizen. **He is entitled to carry on his private business in his own way. His power to contract is unlimited.***

One of your Judges made this statement in a court case - Budd v. New York, 143 U.S. 517 (1892) *"Men are endowed by their Creator with certain unalienable rights -- "life, liberty, and the pursuit of happiness" -- and to "secure," not grant or create, these rights, governments are instituted. That property which a man has honestly acquired he retains full control of, **subject to these limitations:** first that he shall not use it to his neighbor's injury, and that does not mean that he must use it for his neighbor's benefit; second, that if the devotes it to a public use, he gives to the public a right to control that use, and third, that whenever the public needs require, the public may take it upon payment of due compensation. "*

***"Inclusio unius est exclusio alterius"including one excludes another. In this case other limitations***

56    For the fourth amendment See endnote 39.

57    It is a Maxim of Law that "No one is punished for his thoughts." and that "No one is punished for merely thinking of a crime."

To use a fake situation, a simulation, as a test of a man's fidelity to your government or his fidelity to your codes,

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

with the consequences being harsh sentences that restrict his liberty if he fails the test, is your government playing god. The government officers are mere men who purport to know the hearts of men when they can't. And then they will punish the man for his thoughts as if they are the ones that can determine what a man is thinking and what he can and can't think. 1Kgs 8:39 says, *"Then hear thou in heaven thy dwelling place, and forgive, and do, and give to every man according to his ways, whose heart thou knowest; (for thou, **even thou only, knowest the hearts** of all the children of men;)"* In the text, the word heart is the Hebrew word H3824 לֵבָב lebab, that comes from the root word H3820 לֵב leb, that, according to Strong's Concordance means, "the feelings, the will, and even the intellect." Only God can judge men's hearts, will, or intent, and then give every man according to his ways because it is only He who can know such thoughts because it is He who made man.

Gary T. Marx a sociologist said to Congress about undercover work that *"As with God testing Job, the question is 'Is he corrupt?' was replaced with the question, 'Is he corruptible?'".* He warned that *"some of the new police undercover work has lost sight of the profound difference between carrying out an investigation to determine if a suspect is in fact breaking the law and carrying it out to determine if an individual can be induced to break the law."*

Fake crimes, give the officer the license, to arbitrarily pick and target whomever he wants to, and then to restrict his target's rights, subjecting him to slavery for his thoughts. The officer gets to determine who is and who is not the criminal with a situation wholly created by him, in his mind. No man has a right to punish another man for his thoughts, deeming his thoughts to be what they ought not to be.

There are judges in cases that have viewed these type of simulated/fake crimes as "outrageous", U.S. v. HUDSON 3 F.Supp.3d 772 (2014) ,calling it "tawdry" and "disreputable", United States v. Conley, 875 F.3d 391, 402-403 (7th Cir. 2017) and a violation of Constitutional rights. In a dissenting majority opinion denying to rehear en banc cases that convicted defendants from a simulation/fake situation, one of your Judges made statements against the practice. He also made statements on the racial profiling tactics of the fake crimes. In disfavor of this tactic, he wrote the following in United States v. Black, 750 F.3d 1053, 1054-55, 1057–58 (9th Cir. 2014):

*"The Black cases arise from a profoundly disturbing use of government power that directly imperils some of our most fundamental constitutional values...The Black cases require us to address the limits on how our government may treat its citizens...Further, despite its claims to the contrary, the majority's reasoning does virtually nothing to caution the government about overreaching. Instead, it sends a dangerous signal that courts will uphold law enforcement tactics even though their threat to values of equality, fairness, and liberty is unmistakable. I therefore dissent from the court's decision not to rehear these cases en banc."*

*"The entire operation was, of course, a fiction."*

*"The Black cases present important questions about our constitutional values...Here, the government's conduct ran afoul of several fundamental constitutional principles and, thus, the convictions cannot stand."*

*"The government verges too close to tyranny when it sends its agents trolling through bars, tempts people to engage in criminal conduct, and locks them up for **unconscionable periods of time** when they fall for the scheme. Certainly, such tactics create a relationship between government and governed at odds with the premises of our democracy—a relationship more like that depicted in **George Orwell's 1984** or Philip K. Dick's **The Minority Report**... The Due Process Clause forbids the tactics used here not only on grounds of equality and fairness, but also because widespread use of such law enforcement practices would chill the exercise of many of our liberties"*

*"in this era of mass incarceration, in which we already lock up more of our population than any other nation on Earth, it is especially curious that the government feels compelled to **invent fake crimes and imprison people for long periods of time for agreeing to participate in them**—people who but for the government's scheme might not have ever entered the world of major felonies."*

*"Whatever the motivation for the law enforcement conduct under review here and however effective that conduct may be at leading to the arrest of actual or potential criminals, **the Constitution does not allow the tactics employed by the government.**"*

In another case about fake/simulated crimes, one judge made these statements - U.S. v. HUDSON 3 F.Supp.3d 772 (2014):

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

"The Court declines the invitation to endorse this nab-first-ask-questions-later approach. While this situation is a win-win for the Government, it is really only lose-lose for the unwitting individuals unlucky enough to fall into the Government's net. If they have never committed criminal activity in the past but agree to participate in the fake robbery, they go to prison—unless they can surmount the Everest-like hurdle to establish an entrapment defense."

**"But for the undercover agent's imagination in this case there would be no crime."**

".... Despite the Supreme Court's admonition, the ATF manufactured this entire crime. It did not infiltrate an ongoing criminal enterprise, as there is no indication that Hudson, Whitfield, and Dunlap had any previous criminal affiliation between them."

"The undercover agent's continued participation, assurances, and suggestions over the course of the two-month period made him **"a partner in the criminal activity"** rather than a mere **"observer."** See Black, 733 F.3d at 308. His input was likewise "necessary" for Defendants to carry out their doomed plan, **since but for Thompson's imagination,** there would have been **no fictitious stash-house robbery to begin with**— let alone the need for guns and extra associates." And I add here that since but for Gerega's imagination, there would have been no knock off handbags and no fictitious money laundering to begin with.

"Zero. That's the amount of drugs that the Government has taken off the streets as the result of this case and the hundreds of other fake stash-house cases around the country. That's the problem with creating crime: the Government **is not making the country any safer** or reducing the actual flow of drugs. But for the Government's action, the fake stash house would still be fake, the nonexistent drugs would still be nonexistent, and the fictional armed guards would still be fictional.... **Instead, the Government comes close to imprisoning people solely because of their thoughts** and economic circumstances rather than their criminal actions."

"The time has come to remind the Executive Branch that the Constitution charges it with **law enforcement—not crime creation.** A reverse-sting operation like this one **transcends the bounds of due process** and makes the Government **"the oppressor of its people."** .... In this case, **the Constitution will not tolerate** subjecting an individual to prosecution for an imaginary crime subject to a very real punishment—a punishment which rests entirely on ATF agents' whims" And I add here that the money laundering rests entirely on Agent Gerega's whims as it was him who determined how many times the "transaction" would take place which determined how many years the offender would serve if convicted.

Although in one court case, the judge disapproved that the simulation/fake crimes targeted minorities and that the sentencing was dependent on the officer's imagination, he made some statements that seem to speak on his disapproval of the practice altogether. Those statements are in - United States v. Brown, 299 F. Supp. 3d 976, 984-85 (N.D. Ill. 2018):

*"even during the low points of the great violence caused by the alcohol wars of Prohibition, the ATF did not seek to use "false alcohol warehouse" tactics against any ethnic organized crime groups to promote public safety. Instead, the ATF used solid investigative work to garner the great public respect of the Elliot Ness era that still lives today as the gold standard of law enforcement. This type of work inspires great public cooperation with law enforcement, unlike the false drug stash house cases before the Court."*

*"However, all too often, the government's lucrative trap attracts potential defendants with minor criminal records who might otherwise have never attempted a fictitious crime of this nature."*

Undercover work usually grossly disproportionately target minorities (reference available upon request), however any unsuspecting man or woman can become a victim, including a helpless, innocent grandmother. It is my understanding that NASA once ran a undercover simulation that targeted a seventy four year old widow of an Apollo 11 engineer, who met with an informant at a Denny's restaurant to arrange the sale of a moon rock (reference available upon request). This concept of undercover work usually isn't considered to be entrapment, even if the simulation was conceived, financed, and executed by the Agent and maybe that's because it isn't entrapment but is outright fraud.

For more on the code appearing to be a simulated crime that punishes for mere thoughts but is in reality is a strict

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

liability crime, thereby making it fraud, see also endnote 58 below. On slavery, see endnote 10.

58      the Agent in his affidavit alleges that there is probable cause that your *"Title 18, United States Code, Section 1956(a)(3)"* was violated. Title 18, United States Code, Section 1956(a)(3), reads: *"Whoever, **with the intent**—(A) to promote the carrying on of specified unlawful activity; (B) to conceal or disguise the nature, location, source, ownership, or control of property **believed** to be the proceeds of specified unlawful activity; or (C) to avoid a transaction reporting requirement under State or Federal law, conducts or attempts or attempts to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity, or property used to conduct or facilitate specified unlawful activity, shall be fined under this title or imprisoned for not more than 20 years, or both."*
        The next part of the code indicates that there is no need for a willful concrete injury, trespass of a right, to a man and neither does there have to be any willful concrete injury to be done to any business, government or other legal fiction, (albeit they can't be injured as they aren't alive), for there to be a violation of that code. It reads *"**For purposes of this paragraph and paragraph (2), the term "represented" means any representation made by a law enforcement officer or by another person at the direction of, or with the approval of, a Federal official** authorized to investigate or prosecute violations of this section."*  Because there is no need of an actual, willful concrete injury, the actions of the alleged offender are on trial and he is then said to be acting with intent, his actions being an alleged indication of his state of mind. There is no deliberation or determination over whether or not his thoughts were intent, they are said to be so, if he completes the actions. Once he completes the actions, he can then be judged guilty in a court of law for having the incorrect intent. Thus it seems that the offender is being judged on his thoughts, and this is how the Agent alleges the code was violated.
        In the Agent's affidavit the Agent wrote that *"there is probable cause to believe that, on October 28, 2020, JOSEPH committed money laundering"* and that *"**JOSEPH acted with an intent** to conceal the nature, location, source, ownership or control of property **believed** to be proceeds of the specified unlawful activity"*. The agent explains that he represented to JOSEPH that his *"funds...were proceeds of a specified unlawful activity, i.e. trafficking in counterfeit products, by telling JOSEPH that he did not know what kinds of bills 'rich housewives' gave for counterfeit handbags"*. He also explains that he had told this JOSEPH character that *"he used the Bitcoin to purchase 'purses and jackets and stuff' from sources in China"*.
        However, the money laundering was a mere simulation and there was no actual laundering of *"counterfeit handbags"*, nor any *"purses and jackets and stuff from sources in China"*. There was never any *"trafficking in counterfeit products"*, and none of the elements that go with it because components such as *"rich housewives"* did not exist. There is no willful concrete injury done to any man or woman simply by one's *"intent"* or simply said ones thoughts. And how could it be. No matter how much you scrutinize a man's actions you can never tell what he is thinking beyond a reasonable doubt.
        It is evident that this code isn't about the intent of the man's heart because his intent is irrelevant. He is said to have been acting with an intent without a deliberation on what his intent actually is. His actions is what the emphasis is. The "with the intent" part written in the code might as well have been absent. At worst the code is fraud and at best, although it is apparent that the code isn't about intent, it says "with the intent", making it on its face to be a code that deems thoughts to be a crime.
        Maxim of Law: *Plus peccat auctor quam actor*. The **instigator** of a crime is worse than he who perpetrates it. 5 Co. 99. The "crime" was holy instigated by the Agent.

59      For The First Amendment of your organic Constitution for the united States of America see endnote 30.

60        Licensing a right is deceitful and thereby fraudulent because a man has no lawful authority to license a right that he could never give to man in the first place. And because it is a right, man becomes robbed of this right if he can't obtain the license. As many rights are essential to survival, often, a man can't opt out and then is forced to labor in order to pay the license for this right, thus involuntary slavery.
        One of your Judges made this statement in a court case - *"A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution."* Murdock v. Pennsylvania, 319 U.S. 105, (1943).
        One of your Judges made this statement in a court case in quoting another Judge - Shuttlesworth v. Birmingham, 394 U.S. 147, 151 (1969): *"It is settled by a long line of recent decisions of this Court that an ordinance which, like this one, makes the peaceful enjoyment of freedoms which the Constitution guarantees contingent upon the uncontrolled will of an official — as by requiring a permit or license which may be granted or withheld in the discretion of such official — is an unconstitutional censorship or prior restraint upon the enjoyment of those freedoms."* Staub v. Baxley, 355 U.S. 313, 322. And our decisions have made clear that a person faced with such an unconstitutional*

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

*licensing law may ignore it and engage with impunity in the exercise of the right of free expression for which the law purports to require a license. "The Constitution can hardly be thought to deny to one subjected to the restraints of such an ordinance the right to attack its constitutionality, because he has not yielded to its demands."*

61      For The First Amendment of your organic Constitution for the united States of America see endnote 30.

62      On God creating all men equal see endnote 2

63      Money is defined in your Constitution for the united States of America as "gold and silver coin" and nothing else. Your Constitution prohibits states from making anything other than gold and silver coin stating in Article I, section 10, clause 1 that *"No state shall...coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any...law impairing the obligation of contracts".* And although the section is a prohibition on the states, the Constitution affirms the prohibition when it describes the Legislature's role when it comes to money. When it speaks of the legislature power in reference to money, it is clear that the Constitution establishes that it is the gold and silver coin that is money. Article I, section 8, clause 5 of the Constitution says: *"The Congress shall have power . . . to coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;".* The Constitution is clear that money is "coined" and weighed by the Legislature, debt notes are not "coined" neither are they weighed. Thus debt notes, that is worthless paper is a "colorable" system of the law.
        The Constitution does not authorize the use of bills of credit nor debt notes as the official standard for money in the country anywhere and neither does it authorize the legislature passing laws to do away with the Constitutional mandate that gold or silver coins are the country's standard money. Because these powers was not delegated to it by the Constitution, neither the Legislature nor the judiciary has this power as the Tenth Amendment of the Constitution for the united States of America says, *"**The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.**"* However, the Constitution also does not authorize the legislature outsourcing the country's money to a private company as the country's money was powers that was delegated to it only, "[t]*he powers not delegated to the United States by the Constitution"* is left to the people.
        One of your Judges stated this in a dissenting Opinion in a legal tender summarizing the holding of the Hepburn court (which was later overturned) - Legal Tender Case, (1870) 12 Wall. 571, (supra.): *"The majority of the court as then constituted, five judges to eight, felt obliged to conclude that an act making mere promises to pay dollars a legal tender in payments of debts previously contracted is not a means appropriate, plainly adapted, really calculated to carry into effect any express power vested in Congress, is inconsistent with the spirit of the Constitution, and is prohibited by the Constitution."*

64      See endnote 63 above

65      FIN-2008-G008
Issued: September 10, 2008
Subject: Application of the Definition of Money Transmitter to Brokers and
Dealers in Currency and Other Commodities

"When a broker or dealer in currency or other commodities accepts and transmits funds solely for the purpose of effecting a bona fide purchase or sale of currency or other commodities for or with a customer, such person is not engaged as a business in the transfer of funds, and is not acting as a money transmitter as that term is defined in our regulations.8 In such circumstances, the transmission of funds is a fundamental element of the actual transaction necessary to execute the contract for the purchase or sale of the currency or the other commodity."

FIN-2015-R001
Issued: August 14, 2015
Subject: Application of FinCEN's Regulations to Persons Issuing Physical or Digital Negotiable Certificates of Ownership of Precious Metals

"The guidance describes three common business models (types of activity) to illustrate the application of the money transmission definition. The first type of activity involves electronic trading in e-currencies or e-precious metals.8 In 2008,

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

FinCEN issued guidance stating that as long as a broker or dealer in real currency or other commodities accepts and transmits funds solely for the purpose of effecting a bona fide purchase or sale of the real currency or other commodities for or with a customer, such person is not acting as a money transmitter under the regulations."

FIN-2019-G001
Issued: May 9, 2019
Subject: Application of FinCEN's Regulations to Certain Business Models Involving Convertible Virtual Currencies

**"This guidance does not establish any new regulatory expectations or requirements.** Rather, it consolidates current FinCEN regulations, and related administrative rulings and guidance issued since 2011, and then applies these rules and interpretations to other common business models involving CVC engaging in the same underlying patterns of activity."

66      In the recent past, your Legislative branch have introduced roughly forty ACTs to Congress, that I have noticed since this case started: such as the Digital Commodity Exchange ACT, the Cryptocurrency ACT of 2020, and the Securities Clarity ACT. It is my understanding that these and other ACTs will serve as a clarification from your government on what you see bitcoin and other cryptocurrency as and on what you see as any prohibited criminal activity involving it. None of the Acts that I saw introduced by Congress have been passed as of yet.

67      On the Article I courtroom, see endnote 32.

68      Article I, section 9, clause 3 of your Constitution for the united States of America states: "No bill of attainder or ex post facto Law shall be passed"

69      I am not an animal under the subjection of man but is a man that is created equal to all other men. For an excerpt of your Declaration of Independence that says that all men are created equal please see endnote 2 on slavery see endnote 10.

70      For more on the separation of powers see endnote 32. See points 50. and 51. for more on the jury being unconstitutional.

71      It is fraud because, there is no full disclosure to the people on what bitcoin really is and neither on any of the terms and conditions around using it; thereby there being no consent from them. It is also fraud because Bitcoin is misrepresentation as your Constitution makes money to be gold or silver coins. Additionally, it is fraud for this case because it would violate Constitutional prohibitions placed on your government such as no ex post facto laws, and would make this case a cover up conspiracy by charging and then determining the law after the fact to legitimize the charges. For what is money, see endnote 63 and for your Constitutional Article on ex post facto law see endnote 68.

72      The email message is called a unique key pair but is nothing but a blank email message that is no longer blank once it contains the digital number; and then once that happens, the message can be sent to another user.
        The terminology "wallet" is used for the "software" that holds the digital number email messages but is nothing more than a email client or emailbox similar to Gmail or Outlook that holds the messages.
        In describing blockchain technology, Bitcoin is said to need "no central bank", but that is a glorified term that means that bitcoin doesn't need a central server like Google or Microsoft for the sending, receiving, or the storing of the data of the digital number email messages like traditional email does. When a man or a government officer wants access to another man's private email data, he has to get a warrant and go through a company like Google or Microsoft, however with the blockchain, the data is stored in the public by users of the blockchain technology. Thus, the fraudulent term "no central bank", just means that there is no central server (like Google) that holds the man's data in which another man or a government officer has to go through to get that other man's data.

73      It is my understanding that in addition to it being fraud due to lack of disclosure & consent, and misrepresentation it would also be fraud for this case because it violates Constitutional prohibitions placed on your government such as no ex post facto laws. For the Constitutional Article on ex post facto law see endnote 68 and 71.

74      According to the Laws of Nature, I like all men, have to have property such as food, shelter, and clothing in order

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

to live for without it I will perish. All men are subjected to this Law as evident by the fact that if they choose not to obey it, for example by not eating, they too will perish.

  Aside from me needing property to live being an observable fact when it comes to the Laws of Nature, my God who created me (see endnote 2), says that I need property in order to live in His Book, the Bible. He says in Gen 1:28-30 *"And God blessed them [man and woman], and God said unto them, Be fruitful, and multiply, and replenish the earth, and subdue it: and have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that moveth upon the earth. And God said, Behold, I have given you every herb bearing seed, which is upon the face of all the earth, and every tree, in the which is the fruit of a tree yielding seed; to you it shall be for meat. And to every beast of the earth, and to every fowl of the air, and to every thing that creepeth upon the earth, wherein there is life, I have given every green herb for meat: and it was so."* Ps 115:16 states: *"The heaven, even the heavens, are the LORD'S: but the earth hath he given to the children of men."*

  One of your Judges made this statement in a court case - Budd v. New York, 143 U.S. 517 (1892) *"Men are endowed by their Creator with certain unalienable rights -- "life, liberty, and the pursuit of happiness" -- and to "secure," not grant or create, these rights, governments are instituted. That property which a man has honestly acquired he retains full control of, subject to these limitations: first that he shall not use it to his neighbor's injury, and that does not mean that he must use it for his neighbor's benefit; second, that if the devotes it to a public use, he gives to the public a right to control that use, and third, that whenever the public needs require, the public may take it upon payment of due compensation."*

75  1Cor 6:19-20 *"What? know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own? For ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's."*

76  1Cor 3:17 *"If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are."* and Gen 9:6 *"Whoso sheddeth man's blood, by man shall his blood be shed: for in the image of God made he man."*

77  For The First Amendment of your organic Constitution for the united States of America see endnote 30.

78  For The First Amendment of your organic Constitution for the united States of America see endnote 30.

79  1Tim 5:8 *"But if any provide not for his own, and specially for those of his own house, he hath denied the faith, and is worse than an infidel."*

80  God commanded that I work for property, Gen 3:17 says *"cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life"* and verse 19 says *"In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt thou return."* Eccl 5:18 says *"Behold that which I have seen: it is good and comely for one to eat and to drink, and to enjoy the good of all his labour that he taketh under the sun all the days of his life, which God giveth him: for it is his portion."*

81  See Rev 18:1-4, 2Cor 6:14-18, and other relevant verses in endnote 28.

82  Acts 5:29 *"Then Peter and the other apostles answered and said, We ought to obey God rather than men."* Your government have already begun to restrict men's rights to worship God by mandating what men can and can't do in their churches and by mandating the close of them altogether for COVID 19. Men are threatened to be fired from their employment if they don't put in their temple what you command them to put in their temple i.e. the vaccine. God has shown me in his book that this is just the beginning of the government restricting men's rights in order to compel them to follow man in opposition of God and I can submit more on that later upon request.

83  Article I of Part the First of the Constitution is hereby annulled and the following is adopted:- All people are born free and equal and have certain natural, essential and unalienable rights; among which may be reckoned the right of enjoying and defending their lives and liberties; that of acquiring, possessing and protecting property;

  Your International Covenant on Civil and Political Rights or "ICCPR" article 1 section 2 : "All peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice to any obligations arising out of

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

international economic co-operation, based upon the principle of mutual benefit, and international law. In no case may a people be deprived of its own means of subsistence." For the ninth amendment see endnote 15 for more about the ICCPR see endnote 1.

84      For more on the International Covenant on Civil and Political Rights ("ICCPR") see endnote 83 above and endnote 1

85      See endnote 63

86      The Judiciary cannot pass laws as that is the powers of the legislative branch and would thus be a violation of the separation of powers. And since, as of the start of this case, there is no law passed for bitcoin, the rights to it have been reserved to the people. For the ninth and tenth amendment, see endnote 15, for more on the separation of powers see endnote 32.

87      Prov 10:22 The blessing of the LORD, it maketh rich, and he addeth no sorrow with it.
        1 Samuel 2:7 "The LORD sends poverty and wealth; He humbles and He exalts."
        Eccl 5:19 "Every man also to whom God hath given riches and wealth, and hath given him power to eat thereof, and to take his portion, and to rejoice in his labour; this is the gift of God."
        Excerpt from Eccl 6:2 *"A man to whom God hath given riches, wealth, and honour, so that he wanteth nothing for his soul of all that he desireth."*
        Matt 7:11 *"If ye then, being evil, know how to give good gifts unto your children, how much more shall your Father which is in heaven give good things to them that ask him?"*

88      There are different types of "wallets" or digital clients that hold bitcoin such as wallets hosted on sheet of paper called "cold wallets" and wallets hosted on your own private phone or computer.

89      In one of your court cases, Lehigh Mining and Man'f'g Co. v. Kelly, 160 U.S. 327, 339 (1895), the Judge determined that the stockholders of the Virginia company who organized a Pennsylvania corporation and then conveyed the lands into the new corporation for the purpose of creating a case for the Federal court was considered to be a "mere device to give jurisdiction" and "fraud upon that court".
        *"The arrangement by which, without any valuable consideration, the stockholders of the Virginia corporation organized a Pennsylvania corporation and conveyed these lands to the new corporation for the express purpose — and no other purpose is stated or suggested — of creating a case for the Federal court, must be regarded as a mere device to give jurisdiction to a Circuit Court of the United States and as being, in law, a fraud upon that court, as well as a wrong to the defendants. Such a device cannot receive our sanction. The court below properly declined to take cognizance of the case."*
        See also endnote 9 for more on fraud upon the court.

90      See Affidavit of Facts for a detailed account of the violations of my rights

91      One of your judges made this statement in a court case, "Accordingly, it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof. United States v. Lombardo, 241 U.S. 73, 36 S.Ct. 508, 60 L.Ed. 897 (1916); Milton v. United States, 105 F.2d 253, 255 (5th Cir. 1939). In Greeson v. Sherman, 265 F. Supp. 340 (D.C.Va. 1967) it was held that a pleading delivered to a deputy clerk at his home at night was thereby 'filed.'" Freeman v. Giacomo Costa Fu Andrea, 282 F. Supp. 525, 527 (E.D. Pa. 1968)

92      18 U.S. Code § 2071 - Concealment, removal, or mutilation generally: "(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States."

93      For fraud upon the court, see endnote 9, For concealment of filed documents being a crime see endnote 92.

94      I stated in point 49 in the Affidavit of Facts that I filed into the court that: "A public defender could not provide effective assistance of counsel for the ALAN JOSEPH Estate because the matter is seemingly about bitcoin and at the start of this case bitcoin was fairly new with the majority of attorneys are unfamiliar with the subject". This is one of some of the reasons why I see that a public defender could not provide effective assistance of counsel.

95      see points 57-61 in July's affidavit for more information

96      The document was filed once it reached the clerk. For a quote from a case that agrees with this notion please see see endnote 91.

97      On the Magistrate's lack of authority to make determinations like disposing of the case and on the Article I courtroom see endnote 32.

98      On it not being consent if it is forced, see points 200.- 201. of this document

99      I say "seemingly" here as the prosecutor and the Magistrate Judge appear to be referencing me when they say "Mr. Joseph" and the "defendant" although I have clearly denied that ALAN JOSEPH is me. And I see no proof or evidence to the contrary that ALAN JOSEPH is a legal fiction, an Estate, an office created by the government. For more on this, see endnote 1.

100     On me denying being the defendant see endnote 1

101     One of your Judges stated in a court case: "The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial." Donnelly v. Dechristoforo

102     On silence being acquiescence see endnote 26.

103     The document was filed once it reached the clerk. For a quote from a case that agrees with this notion please see see endnote 91. For concealment of already filed documents being a crime see endnote 92.

104     For fraud upon the court, see endnote 9

105     Because I do not consent with a joinder it would be a forced agreement and therefore it would be no agreement from me. On the notion of a forced agreements not being an agreement see point 200. of this document and any corresponding endnotes.

106     On Fraud upon the court when it comes to a judicial officer see endnote 9

107     For more information, See endnotes 1 and 2

108     On Magistrates and the Article I courtroom, see endnote 32

109     The Magistrate's salary is based on the average number and the nature of matters that have arisen during the immediately preceding period of five years, and that may be expected thereafter to arise, over which he would have

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

jurisdiction. For more on this, see endnote 32

110     For the definition of "person" see endnote 1

111     It is my understanding that a Target letter is a formal Notice, a type of service of process, that informs a suspect or a target the the suspect or target will be indicted (see your rule 9-11.153 On "Notification of Targets").

112     The Agent who conducted the investigation in this matter, submitted an Affidavit in support of his criminal complaint for a warrant. He submitted his complaint for an arrest warrant on February 3, 2021 but in the affidavit, he alleged that the infraction took place on October 28, 2020 giving him ample amount of time to obtain an indictment. An excerpt from the Fifth Amendment of your Constitution states: *"[n]o person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury"*

113     On Magistrate Judges, see endnote 32

114     Article I, section 8, clause 17 of the Constitution for the united States of America: *"To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings".*

115     Because there is no diversity of citizenship of two parties where there is a willful concrete injury, trespass of a right, done to any man or woman in the matter, the Article III courtroom would be in a position to dispose of the matter as there is nothing to adjudicate. The court is not an Article III courtroom (see endnote 28), and has no diversity of citizenship as required by Article III, section 2 of the Constitution for the united States of America: *"The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;" and "to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects".*

116     The government was asked for an injured party or in other words a concrete injury (trespass of a right) that actually exists to another man or woman at the probable cause hearing and in a bill of particulars. It was also stated in my Affidavit of Facts, "July's Affidavit", in point 56 of the document, that none exists and the government did not provide proof to the contrary to refute this claim and was silent. An excerpt from point 56 in July's affidavit states that "I see no proof to the contrary that in this case, the government has brought defective and erroneous claim/charges against the ALAN JOSEPH Estate and that no injured party has been identified in this case."

117     On silence being fraud, see endnote 9

118     For ABA Code of Professional Responsibility DR 1-102 – (A)(4), see endnote 9

119     See endnote 1

120     For examples of the court's attempt to make me a slave, see my Affidavit of Facts points 36-61, and points 122., Error: Reference source not found 162., 167. - 168., and of this document with any corresponding endnotes (the items listed is not all encompassing).

121     For further information, see point 195. of this document.

122     The word seemingly is used here because, since I deny being the defendant so they can't be referring to me when they say the name Mr. Joseph.

123     For more on your rules prohibiting a Magistrate or a Judge from "acting as a lawyer in the proceeding" see endnote

Endnotes: Please print out these pages to use as a guide to follow alongside this document.

29.

124     For the biblical texts, see endnote 28

125     See endnote 1

126     See endnote point 112.

127     See endnote 2

128     See endnote 15

129     One of your judges stated in HALE v. HENKEL 201 U.S. 43 at 89 (1906) "*His [the individual's] rights are such as existed by the law of the land long antecedent to the organization of the State,*" See end note 1 for more on this.
        One of your Judges made this statement in a court case - Budd v. New York, 143 U.S. 517 (1892) "*Men are endowed by their Creator with certain unalienable rights –- "life, liberty, and the pursuit of happiness" -- and to "secure," not grant or create, these rights, governments are instituted.* See end note 2 for more on this.
        See endnote 15 for more on rights originally residing with the people.

130     A Maxim of Law states: *Derivata potestas non potest esse major primitiva* – The power which is derived cannot be greater than that from which it is derived. See endnote 15.

131     See endnote 13 and 14

132     On the consent of the governed see endnote 1

133     On the thirteenth amendment see endnote 10

134     Your Constitution does not give government officials the authority to arbitrarily restrict rights see the Ninth and Tenth Amendments of the Constitution for the united States of America in endnote 15 and see also endnotes 19 and 21.

135     See Section *I. Crimes and Violations of Constitutional Restraints* of this document and my Affidavit of Facts points 36-61 for information on the violations of my rights (the points represented in these documents are not all encompassing)

136     See endnote 25

137     Maxim of Law: *Melius est recurrere quam malo currere.* It is better to recede than to proceed in evil. 4 Inst. 176.
        Maxim of Law: *Tutius erratur ex parte mittioro.* It is safer to err on the side of mercy. 3 inst. 220.

138     Bouvier's Law Dictionary 1856 defines Maxim as: "*An established principle or proposition. A principle of law universally admitted, as being just and consonant With reason. 2. Maxims in law are somewhat like axioms in geometry. 1 Bl. Com. 68. They are principles and authorities, and part of the general customs or common law of the land; and are of the same strength as acts of parliament, when the judges have determined what is a maxim; which belongs to the judges and not the jury. Terms do Ley; Doct. & Stud. Dial. 1, c. 8. Maxims of the law are holden for law, and all other cases that may be applied to them shall be taken for granted. 1 Inst. 11. 67; 4 Rep. See 1 Com. c. 68; Plowd. 27, b.*"