UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 21-cr-40010-TSH |
| ALAN JOSEPH, | ) | |
| | ) | |
| Defendant. | ) | |

# GOVERNMENT'S FIRST EXHIBIT LIST

The United States of America hereby submits this list of exhibits that it intends to introduce or mark for identification during its case-in-chief. The government reserves the right to supplement or modify this list with reasonable notice to the defendant. The government also reserves the right to supplement or modify this list in light of the evidence admitted at trial.

| NO. | EXHIBIT DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 001 | Front View of 57 Salem Street | | |
| 002 | Side View of 57 Salem Street | | |
| 003 | Side View of 57 Salem Street with Toyota Camry | | |
| 004 | Street View of 57 Salem Street | | |
| 005 | Front of Toyota Camry | | |
| 006 | Back of Toyota Camry | | |
| 007 | Strip Mall Parking Lot | | |
| 008 | Front of Lineage Vapors | | |
| 009 | Agora Desk Profile | | |
| 010 | Agora Desk Terms of Trade with Joal19 | | |
| 011-01 | Audio of 08.14.2020 UC Buy | | |
| 011-02 | Text messages of 08.14.2020 UC Buy | | |
| 011-03 | Blockchain Transaction Receipt of 08.14.2020 UC Buy | | |
| 011-04 | Transcript of 08.14.2020 UC Buy | | |
| 012-01 | Audio of 10.28.2020 UC Buy | | |
| 012-02 | Text messages of 10.28.2020 UC Buy | | |
| 012-03 | Blockchain Transaction Receipt of 10.28.2020 UC Buy | | |
| 012-04 | Transcript of 10.28.2020 UC Buy | | |
| 013-01 | Audio of 12.09.2020 UC Buy | | |
| 013-02 | Text messages of 12.09.2020 UC Buy | | |

| | | | |
|---|---|---|---|
| 013-03 | Blockchain Transaction Receipt of 12.09.2020 UC Buy | | |
| 013-04 | Transcript of 12.09.2020 UC Buy | | |
| 014-01 | Audio of 02.04.2021 UC Buy | | |
| 014-02 | Text messages of 02.04.2021 UC Buy | | |
| 014-03 | Blockchain Transaction Receipt of 02.04.2021 UC Buy | | |
| 014-04 | Transcript of 02.04.2021 UC Buy | | |
| 015 | Currency Transaction Report (FinCEN Form 104) | | |
| 016 | Department of Treasury FinCEN Guidance Dated March 18, 2013 | | |
| 017 | Department of Treasury FinCEN Guidance Dated May 9, 2019 | | |
| 018 | | | |
| 019 | | | |
| 020 | | | |
| 021 | | | |
| 022 | | | |
| 023 | | | |
| 024 | | | |
| 025 | | | |

                                  Respectfully submitted,

                                  RACHAEL S. ROLLINS
                                  UNITED STATES ATTORNEY

                    By:    */s/ John T. Mulcahy*
                                  JOHN T. MULCAHY
                                  LINDSEY WEINSTEIN
                                  Assistant U.S. Attorneys

Dated:  May 20, 2022

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ John T. Mulcahy*
>JOHN T. MULCAHY
>Assistant U.S. Attorney

Dated:  May 20, 2022