UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 21-cr-40010-TSH |
| | ) |
| ALAN JOSEPH, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S FIRST WITNESS LIST

1. Special Agent Derek Gerega, Federal Bureau of Investigation
2. Special Agent Benjamin Slocum, Homeland Security Investigations,
3. Jordon Sorrell, Homeland Security Investigations
4. Theodore Vlahakis, Financial Crimes Enforcement Network (FinCEN) Representative
5. Ari Jigarjian, Boston, MA
6. Victoria LeBlanc, Gardner, MA
7. Genelle Morton, Wenatchee, Washington

The government reserves the right to supplement this list in a timely fashion.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By:   */s/ John T. Mulcahy*
JOHN T. MULCAHY
LINDSEY WEINSTEIN
Assistant U.S. Attorneys

Dated: May 20, 2022

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ John T. Mulcahy*
>JOHN T. MULCAHY
>Assistant U.S. Attorney

Dated:  May 20, 2022