

U.S. Department of Justice

*Rachael S. Rollins*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

May 24, 2022

BY EMAIL

Mr. Alan Joseph
alanjosephlegal@gmail.com

   Re: United States v. Alan Joseph
      Docket Number 21-CR-40010

Dear Mr. Joseph:

 This letter serves as a disclosure regarding witness testimony from Ted Vlahakis, whom the United States has noticed as a witness in the trial of the above-captioned matter to commence on June 6, 2022.

 Mr. Vlahakis is a compliance and enforcement officer with the Department of the Treasury, Financial Crimes Network ("FinCEN"). The government expects him to give an overview of FinCEN and the Bank Secrecy Act. We expect that he will testify about the regulations that apply to money transmitting business, including registration requirements, know-your-customer requirements and reporting requirements. We expect that he will also testify regarding the registration status of Alan Joseph.

Thank you.

Sincerely,

*/s/ John T. Mulcahy*

John T. Mulcahy
Lindsey Weinstein
Assistant U.S. Attorneys