UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN JOSEPH<br><br>Defendant | CRIMINAL No. 21-CR-40010-MRG |

## RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL

The United States of America, by Joshua S. Levy, Acting United States Attorney, and John T. Mulcahy and Lindsey Weinstein, Assistant United States Attorneys for the District of Massachusetts, respond to the Defendant's Motion to Continue Trial (Docket Number 143).

The government does not oppose this motion, although the government is prepared to proceed to trial on June 17, 2024. The government respectfully requests that if the Court is inclined to allow the motion and reschedule the trial date, that the parties have an opportunity to confer and consult with the Court regarding the new date. The government has at least two witnesses who will be traveling from out of state for trial, as well as other necessary witnesses. The government would like the opportunity to consult with these individuals regarding any scheduling conflicts before a new trial date is scheduled.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ John T. Mulcahy*
John T. Mulcahy
Lindsey Weinstein
Assistant United States Attorneys
617/748-3641

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

*/s/ John T. Mulcahy*
Assistant United States Attorney

Date: May 23, 2024