UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN JOSEPH<br><br>Defendant | CRIMINAL No. 21-CR-40010-MRG |

**ASSENTED TO MOTION TO**
**TERMINATE AND RESCHEDULE PRETRIAL DEADLINES**

The United States of America, by Joshua S. Levy, Acting United States Attorney, and John T. Mulcahy and Lindsey Weinstein, Assistant United States Attorneys for the District of Massachusetts hereby moves to terminate and reschedule the pretrial filings deadline of May 28, 2024. On May 23, 2024, the defendant moved to continue the trial date of June 17, 2024. (Docket No. 143). Also on May 23, 2024, the government responded to this motion.

Given the defendant's pending motion to continue, the government moves to terminate and reschedule the pretrial filings deadline of May 28, 2024. The defendant assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ John T. Mulcahy*
John T. Mulcahy
Lindsey Weinstein
Assistant United States Attorneys
617/748-3641

1

## Rule 7.1. Certification

In accordance with L.R. 7.1, the government certifies that it has conferred with counsel for the defendant to narrow and resolve the issue.

                                                      */s/ John T. Mulcahy*
                                                      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                      */s/ John T. Mulcahy*
                                                      Assistant United States Attorney

Date: May 28, 2024