UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)   Docket No. 21-cr-40010-TSH<br>ALAN JOSEPH )<br>) | |

# **DEFENDANT'S MEMORANDUM TO EXPLAIN WITHDRAWAL AND LATE FILING**

This memorandum is respectfully submitted in order to explain the late submission of the bill through the CJA eVoucher system. The undersigned former counsel was appointed to represent the Defendant in this matter on August 15, 2022. Due to a change in employment to the federal sector, the undersigned withdrew from the above-captioned matter on February 28, 2024, with Attorney Darren Griffis from my firm taking lead as the Defendant's new CJA appointed counsel.

Unfortunately, the undersigned's final bill was not submitted until March 13, 2024, a few weeks after my withdrawal. Significant changes to my firm's partnership and management roles created a backlog of work on billing and a delay in the entry of the time for this matter.

Undersigned can provide additional information regarding this withdrawal and submission of bill, if the Court believes it would be appropriate or necessary to receive more details regarding this matter.

                                        Respectfully submitted,
                                        Alan Joseph
                                        By his attorney,

*/s/ Brian E. Murphy*
Brian E. Murphy BBO#666238
Rudolf, Smith, Griffis & Ruggieri, LLP
446 Main Street, Ste. 1503
Worcester, MA 01608
T: (508) 426-6330
F: (508) 463-4200

Date: June 26, 2024