UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN JOSEPH<br>             Defendant. | Case No. 21-cr-40010-MRG |

**GOVERNMENT'S MOTION REGARDING**
**DOCUMENTATION RELATED TO MEDICAL CONDITION**

  The United States of America, by and through its undersigned counsel, hereby moves this Court to order that the medical documentation to be provided by the defendant by close of business on November 7, 2024 to include the following information regarding his anticipated surgery on November 13, 2024: (1) when the defendant first sought a surgery date for the relevant medical condition; (2) whether the timing of the surgery, if it indeed is scheduled for five days before trial, is medically necessary and cannot be scheduled for a week or two after the November 18th date; and (3) when patients typically return to normal activities (i.e., work or sitting in a chair for full day(s)) after such a surgery and what limitations may exist while the patient is recovering from that surgery.[1]

  Per the Court's order after the status hearing held on November 1, 2024, the defendant was to provide "medical records of the issue before [the] pretrial conference on November 6, 2024." *See* D.E. 169.

---

[1] *See United States v. Latasha Anderson,* Docket Number 23-CR-10216-DJC, D.E. 109 (Court ordering defendant to provide supplemental medical documentation and specific information in light of defendant's motion to continue trial date on basis of recently scheduled surgery date).

Dated: November 6, 2024          Respectfully submitted,

         JOSHUA S. LEVY
         Acting United States Attorney

By:    /s/ *Lindsey E. Weinstein*
       Lindsey E. Weinstein
       John T. Mulcahy
       Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on November 6, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

         */s/ Lindsey E. Weinstein*
         Lindsey E. Weinstein
         Assistant United States Attorney