UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Entered*
*11/22/24*

_____
                              )
UNITED STATES OF AMERICA      )
                              )
                              )
v.                            )          Docket No. 4:21-cr-40010-MRG
                              )
                              )
ALAN JOSEPH                   )
_____)

## VERDICT FORM

OFFICIAL
COPY

We, the jury, find the Defendant, ALAN JOSEPH:

(1)     As to Count 1, charging the Defendant with money laundering on or about August 14, 2020, we the jury, find the Defendant, ALAN JOSEPH:

Not Guilty ☒          Guilty ☐

(2)     As to Count 2, charging the Defendant with money laundering on or about October 28, 2020, we the jury, find the Defendant, ALAN JOSEPH:

Not Guilty ☐          Guilty ☒

(3)     As to Count 3, charging the Defendant with money laundering on or about December 9, 2020, we the jury, find the Defendant, ALAN JOSEPH:

Not Guilty ☐          Guilty ☒

(4)     As to Count 4, charging the Defendant with money laundering on or about February 4, 2021, we the jury, find the Defendant, ALAN JOSEPH:

Not Guilty ☐          Guilty ☒

(5)     As to Count 5, charging the Defendant with operation of an unlicensed money transmitting business, we the jury, find the Defendant, ALAN JOSEPH:

Not Guilty ☐          Guilty ☒

So Say We ALL, this 22nd day of November, 2024.

Paul Fountain

FOREPERSON